IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>Kirstjen NIELSEN, Secretary of the Department of Homeland Security, in her official capacity, *et al.*<br><br>*Defendants.* | Case: 1:18-cv-00578<br>Assigned To : Boasberg, James E.<br>Assign. Date : 3/15/2018<br>Description: Civil Rights-Non. Employ. |

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS N.J.J.R., H.A.Y., A.M.M., L.H.A., E.E.C.S., AND L.I.L.M.'S MOTION TO PROCEED ANONYMOUSLY AND TO FILE SUPPORTING EXHIBITS UNDER SEAL**

Upon consideration of Plaintiffs N.J.J.R., H.A.Y., A.M.M., L.H.A., E.E.C.S., and L.I.L.M.'s ("Anonymous Plaintiffs") Motion to Proceed Anonymously and to File Supporting Exhibits Under Seal and the supporting Memorandum of Points and Authorities, and for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that:

1. Anonymous Plaintiffs may file all court papers under their initials;
2. Anonymous Plaintiffs may file the exhibits supporting their motion under seal; and
3. Defendants are prohibited from publicly disclosing the identities of Anonymous Plaintiffs or any personal identifying information that could lead to public identification of Anonymous Plaintiffs.

_____
United States District Court Judge
*J. Boasberg*

Date: 3/15/18