**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANSLY DAMUS, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security, in her official capacity, *et al.*<br><br>*Defendants.* | Civil Action No. 1:18-cv-00578 (JEB) |

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Ansly Damus, N.J.J.R., Abelardo Asensio Callol, Alexi Ismael Montes Castro, H.A.Y., A.M.M., L.H.A., E.E.C.S., and L.I.L.M. hereby move, on behalf of themselves and a class of similarly situated individuals, for a preliminary injunction to enjoin Defendants Kirstjen Nielsen, sued in her official capacity as the Secretary of the Department of Homeland Security ("DHS"); Thomas Homan, sued in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement ("ICE"); Rebecca Adducci, sued in her official capacity as Director of the ICE Detroit Field Office; William Joyce, sued in his official capacity as Acting Director of the ICE El Paso Field Office; David Marin, sued in his official capacity as Director of the ICE Los Angeles Field Office; John Tsoukaris, sued in his official capacity as Director of the ICE Newark Field Office; Greg Brawley, sued in his official capacity as Director of the ICE Philadelphia Field Office; Jefferson B. Sessions, III, sued in his official capacity as Attorney General of the United States; and James McHenry, sued in his

official capacity as Director of the Executive Office for Immigration Review, from continuing to apply and implement their policy and practice of detaining asylum seekers without individualized consideration of flight risk or danger to the community, in order to deter others from seeking refuge in the United States (the "Deterrence Policy").

As further explained in the accompanying Memorandum, the Deterrence Policy is arbitrary, capricious, and contrary to ICE Directive 11002.1, Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture (Dec. 8, 2009), the Immigration and Nationality Act, and its implementing regulations, and should therefore be set aside under the Administrative Procedure Act.  The Deterrence Policy also violates the Due Process Clause of the Fifth Amendment to the United States Constitution.  A preliminary injunction is warranted to prevent severe and irreparable harm to Plaintiffs, and to many others similarly situated who are, or will soon be, subject to the illegal and harmful Deterrence Policy.

In support of this Motion, Plaintiffs rely upon the accompanying Memorandum, declarations, and exhibits.  A proposed order is attached for the Court's convenience.

STATEMENT PURSUANT TO LOCAL RULE 7(m)

Pursuant to Local Rule 7(m), on March 20, 2018, Plaintiffs' counsel conferred with Defendants' counsel by phone to determine if Defendants would consent to the relief requested in this motion.  Defendants informed Plaintiffs that they do not consent.

Dated: March 30, 2018

Judy Rabinovitz
Michael K.T. Tan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2618

Stephen B. Kang
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(415) 343-0783

Hardy Vieux (D.C. Bar No. 474762)
Laura Gault[*]
HUMAN RIGHTS FIRST
805 15th Street, N.W., Suite 900
Washington, D.C. 20005
(202) 547-5692

Josie Cardoso-Rojo
HUMAN RIGHTS FIRST
75 Broad Street, 31st floor
New York, NY 10004
(212) 845-5200

Respectfully submitted,

/s/ Philip J. Levitz

Dennis B. Auerbach (D.C. Bar No. 418982)
Philip J. Levitz (D.C. Bar No. 1018430)
Julia H. Brower (D.C. Bar No. 1048925)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001–4956
(202) 662-6000

Eunice Lee
Blaine Bookey
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister St.
San Francisco, CA 94102
(415) 565-4877

Arthur B. Spitzer (D.C. Bar. No. 235960)
AMERICAN CIVIL LIBERTIES UNION OF THE
DISTRICT OF COLUMBIA
915 15th Street, NW, 2nd floor
Washington, D.C. 20005-2302
(202) 457-0800

Farrin R. Anello
Edward Barocas
Jeanne LoCicero
AMERICAN CIVIL LIBERTIES UNION OF NEW
JERSEY FOUNDATION
P.O. Box 32159
Newark, NJ 07102
(973) 642-2084

---

[*] Although LCvR 83.2(c) and (d) do not apply to Ms. Gault, she appears before the Court pursuant to LCvR 83.2(g), which states, "ATTORNEYS REPRESENTING INDIGENTS. Notwithstanding (c) and (d) above, an attorney who is a member in good standing of the District of Columbia Bar or who is a member in good standing of the bar of any United States Court or of the highest court of any State may appear, file papers and practice in any case handled without a fee on behalf of indigents upon filing a certificate that the attorney is providing representation without compensation." Ms. Gault is not receiving compensation for her services.

Michael J. Steinberg
Abril Valdes
AMERICAN CIVIL LIBERTIES UNION FUND OF
MICHIGAN
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6814

Leon Howard
Kristin Greer Love
ACLU OF NEW MEXICO
1410 Coal Ave. SW
Albuquerque, NM 87104
(505) 266-5915, x1007

Witold J. Walczak
Golnaz Fakhimi
ACLU OF PENNSYLVANIA
247 Ft. Pitt Blvd., 2nd floor
Pittsburgh, PA 15222
(412) 681-7864

Freda J. Levenson
ACLU OF OHIO
4506 Chester Ave.
Cleveland, OH 44103
(216) 472-2220

Ahilan T. Arulanantham
Sameer Ahmed
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5232

Edgar Saldivar
Andre Segura
ACLU FOUNDATION OF TEXAS, INC.
1500 McGowen, Suite 250
Houston, TX 77004
(713) 942-8146 x111

## CERTIFICATE OF SERVICE

I certify that, on March 30, 2018, I electronically transmitted the attached motion and the accompanying memorandum, proposed order, and exhibits using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

Date: March 30, 2018        Signed:    /s/ Philip J. Levitz
                                       Philip J. Levitz
                                       COVINGTON & BURLING LLP
                                       One CityCenter
                                       850 Tenth St., N.W.
                                       Washington, D.C.  20001–4956
                                       (202) 662-6000