UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSLY DAMUS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No. 18-578 (JEB) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for a Preliminary Injunction is GRANTED;

2. Plaintiffs' Motion for Class Certification, dated March 20, 2018 (ECF No. 11), is GRANTED on a provisional basis for purposes of this preliminary injunction, and Plaintiffs' counsel are appointed as Class Counsel;

3. Defendants are hereby ENJOINED from denying parole to any provisional class members absent an individualized determination, through the parole process, that such provisional class member presents a flight risk or a danger to the community;

4. The individualized determinations of flight risk and danger to the community referenced above shall be based on the specific facts of each provisional class member's case.  Such determinations, moreover, shall not be based on categorical criteria applicable to all provisional class members;

5. Defendants shall provide provisional class members with parole determinations that conform to all of the substantive and procedural requirements of U.S. Immigration and Customs Enforcement, Directive No. 11002.1, Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture (Dec. 8, 2009);

6. Within seven days of this Order, the parties will meet and confer to develop a notice that explains the requirements of this Order and provides class members with contact information for Class Counsel; and

7. The parties shall appear for a status conference to discuss further proceedings in the case on July 10, 2018, at 11:30 a.m. in Courtroom 25.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:   July 2, 2018