IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSLY DAMUS, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:18-cv-00578 (JEB) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Limited Discovery Regarding Compliance with the Preliminary Injunction or, Alternatively, for an Order to Show Cause Why Defendants Should Not Be Held in Contempt, and the memoranda and exhibits submitted in support and any in opposition thereto, the Court ORDERS that Defendants shall produce the following:

1. Within 14 days of this order, parole determination worksheets, case summaries, parole decision letters, and any other documents reflecting the process and/or bases for parole determinations made pursuant to ICE Directive No. 1102.1: Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture (Dec. 8, 2009) (hereinafter, "the Parole Directive") in the Detroit, El Paso, Los Angeles, Newark, and Philadelphia ICE field offices (the "ICE Field Offices") since the July 2, 2018 preliminary injunction (the "Preliminary Injunction");

2. Within 14 days of this order, all communications of the ICE Field Offices, such as emails, memoranda, or training material, reflecting the procedures and/or standards, if

any, that the ICE Field Offices have applied in an effort to comply with the Preliminary Injunction; and

3. Within 30 days of this order, a witness from each of the ICE Field Offices who has conducted parole determinations under the Parole Directive both before January 2017 and after entry of the Preliminary Injunction, or who has supervised those doing so during such time periods, who will be prepared to offer testimony concerning (1) the procedures and/or standards, if any, that his or her Field Office has applied in an effort to comply with the Preliminary Injunction, and (2) how his or her Field Office conducted the individualized determinations required by the Parole Directive, and followed the Parole Directive more generally, before January 2017, in comparison to how such Field Office has done so since the Preliminary Injunction was issued.

IT IS SO ORDERED.

_____
The Honorable James E. Boasberg
United States District Court Judge

Date: