# EXHIBIT 1

## DECLARATION OF ELIZABETH B. FORD, ESQ.

I, Elizabeth B. Ford, Esq. make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently.

1.     I am Ansly Damus's immigration attorney and have represented him on his requests for release on parole.

2.     On July 20, 2018, after the district court issued its preliminary injunction order in *Damus v. Nielsen*, No. 1:18-cv-00578-JEB (D.D.C.), I submitted to U.S. Immigration and Customs Enforcement ("ICE") a third request for Mr. Damus' release on parole.

3.     That request included, among other things, extensive evidence of Mr. Damus' substantial ties to the community. Mr. Damus explained that, if released, he would live with U.S. citizen sponsors in Cleveland Heights, Ohio—Melody Hart and Gary Benjamin, a magistrate for the City of Cleveland Heights. As explained in the parole application, Ms. Hart and Mr. Benjamin have come to know Mr. Damus very well during his time in detention, visiting him weekly and writing him letters three times a week. In addition, Mr. Damus submitted a dozen letters from community members in support of his release, including letters from a judge of the Cleveland Heights Municipal Court, a Councilmember of the Cleveland Heights City Council, local faith leaders, and the members of a campaign organized by local community members to advocate for and provide support to Mr. Damus once he is released from ICE custody.

4.     Almost three weeks later, on August 8, 2018, ICE issued a Notification Declining to Grant Parole to Mr. Damus. The Notification consists of the same form checklist that ICE was using prior to the Court's preliminary injunction order in *Damus*. ICE checked three boxes on the Notification stating: "You have not established to ICE's satisfaction that you are not a flight risk"; "You did not establish, to ICE's satisfaction, substantial ties to the community"; and

"Imposition of a bond or other conditions of parole would not ensure, to ICE's satisfaction, your appearance at required immigration hearings pending the outcome of your case." ICE provided no further explanation of its decision to deny Mr. Damus parole.

5. As explained above, the only reason that ICE cited for its flight risk determination is Mr. Damus's purported lack of community ties. However, because the denial form consists entirely of standard check-boxes, there is no indication that ICE provided individualized consideration of Mr. Damus's extensive evidence regarding his community ties. Indeed, the fact that Mr. Damus has developed such strong ties to Ohio is remarkable given that he has spent the entirety of his two years in the United States behind bars; it is difficult to imagine an arriving asylum seeker in his position developing stronger community ties. Moreover, in my experience, prior to 2017, ICE routinely granted parole to asylum seekers with far weaker evidence of community ties than Mr. Damus provided here.

6. Attached as Exhibit A is a true and correct copy of Mr. Damus' parole request and supporting documents, dated July 20, 2018.

7. Attached as Exhibit B is a true and correct copy of ICE's Notification Declining to Grant Parole, dated August 8, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⎿⎿ th day of September, 2018 in Chardon, Ohio.

Elizabeth B. Ford, Esq.

2

# EXHIBIT A

# ELIZABETH B. FORD

## ATTORNEY AT LAW

P.O. BOX 457, CHARDON, OH 44024

E:ELIZABETH@EBFORDLAW.COM  T: (440) 487 5697

July 20, 2018

Office of Immigration and Customs Enforcement-ERO
925 Keynote Circle
Brooklyn Hts, Ohio 44131

*Sent via fax: 216-749-9264*

> ### Re: Parole Request and Supporting Documents
> ### Alien: Ansly DAMUS/A▮▮▮▮▮

My client, Mr. Ansly Damus/A▮▮▮▮▮▮ respectfully requests parole based on the preliminary injunction from the *Damus v. Nielson* court case. Under this decision, ICE is instructed to provided individualized parole determinations assessing the applicant's danger to the community and flight risk. Such an individualized determination shall conform to the I.C.E. Parole Directive No. 11002.1, "Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture" (Dec. 8, 2009).

Mr. Damus has been granted asylum by the Cleveland Immigration Judge's on 10 January 2018 and 04 April 2017. The DHS OCC has appealed the most recent grant, and the case is currently being remanded back to Cleveland for further proceedings. Mr. Damus has been detained at the Geauga County Sheriff's Office in Chardon, Ohio since his arrival in the USA in approximately October of 2016. During his detention, Mr. Damus has been a model inmate, with no disciplinary issues. Further, Mr. Damus has always been prepared for all his immigration court hearings and has taken all his appearances before the IJ seriously. At this point, with his detention over a year and a half, and two grants of asylum by the Cleveland IJ, Mr. Damus is again seeking a grant of parole based on the recent preliminary injunction in *Damus v. Nielson,* where Mr. Damus is the lead plaintiff.

As ICE will remember, the following documents were initially attached with Mr. Damus's first parole request in January of 2017:

> 1. Copy of Birth Certificate of Mr. Damus;
> 2. Copy of his Haitian Passport,
> 3. Copy of his marriage certificate;
> 4. Copy of his Matricula ID document;
> 5. Original and copies of his school certificates and diplomas;

6. Notarized Letter of support from Albarete Pavilus, long time friend of Mr. Damus;
7. Color copy of the front/back of Mr. Pavilus's legal permanent resident card;
8. Copies of current statements of Mr. Pavilus, showing his address.

These documents should suffice to prove Mr. Damus's identity. In support of Mr. Damus's **second parole request,** filed on February 19, 2018, the following was submitted:

1. Copy of the IJ's grant of asylum from January 10, 2018;
2. Copy of the IJ's grant of asylum from April 4, 2017;
3. Letter from Melody Hart and Gary Benjamin, of Cleveland Heights, Ohio, stating that they will take Mr. Damus into their home, offering him any support her requires including but not limited to: food, clothing and housing;
4. Copies of Melody and Gary's US passports;
5. Copy of a bill showing Melody and Gary's address as: 2976 Monmouth Rd., Cleveland Heights, OH 44118;
6. Letter from Rev. Paul Gaston of Trinity Cathedral in Cleveland Heights, stating that Trinity will assist Melody and Gary in whatever is necessary for Mr. Damus;
7. Letter from Rev. Gerard Mirbel, of the Miracle Revival Ministry in Painesville, Ohio in support of Mr. Damus's parole request.

In support of this **current parole request,** please find the following documents to prove that Mr. Damus is not a danger to the community and he is not a flight risk:

1. Copy of the Order from *Damus v. Nielson;*
2. Letter from Melody Hart and Judge Gary Benjamin, explaining that their relationship with Mr. Damus, as well as their continued commitment to provide Mr. Damus with food, housing, clothing;
3. Copy of Ms. Hart and Magistrate Benjamin's US Passports;
4. Copy of a recent bill for Ms. Hart and Magistrate Benjamin, proving their address;
5. Letter from Chantal Dothey, MD, close friend of Hart and Benjamin as well as Mr. Damus;
6. Support letter from Judge James Costello, of the Cleveland Heights Municipal Court;
7. Support letter from Rev. Dr. Yvonne Conner, of Enhancement Ministries;
8. Support letter Rev. Dr. Paul Gaston of Trinity Cathedral;
9. Support letter from Councilwoman Mary Dunbar of the City of Cleveland Heights;
10. Support letter from Rev. Richard Israel;

2

11. Support letter from Anne Hill;
12. Support letter from Jeanne Victory;
13. Support letter from Molly Brudnick, ACSW;
14. Support letter from Christine Williams;
15. Support letter from Peter A. DeGolia;
16. Support letter from Kathy Flora;
17. Cover Letter from the ACLU Online Petition, showing over 27,000 signatures in support of Mr. Damus's release on parole (*Counsel has the complete signature list which is over 800 pages. It is available upon request);*
18. *Counsel also has a petition of over 500 signatures of local residents in support of Mr. Damus. It is available upon request.*

## Identity Documents

Mr. Damus has provided a copy of his birth certificate, marriage certificate, Haitian Matricula as well as a copy of his valid, unexpired Haitian passport. He has also provided original and copies of his school diplomas and school certification to prove his identity. Further, the IJ ,in the numerous hearings that have occurred, did not find Mr. Damus's identity or credibility to be an issue.

**Therefore, based on the evidence provided, Mr. Damus's identity has been established.**

## Mr. Damus is NOT a flight risk

If offered parole by Immigration and Customs Enforcement, Mr. Damus will reside with Melody Hart and Magistrate Gary Benjamin in Cleveland Heights, Ohio. Melody and Gary (a married couple) are US citizens by birth. He will reside at                          , Cleveland Heights, OH 44118. Melody and Gary have provided statements assuring that they will assist Mr. Damus in whatever he needs during his stay with them. Further, Gary and Melody, along with Anne Hill (who also has submitted a support letter), have visited Mr. Damus at the jail every week since February, and provided a secondary visitor to complete his bi-weekly visitation allowance. Mr. Damus has forged a true relationship with Gary and Melody, and they consider each other as family. Mr. Damus is looking forward to being with Gary and Melody in person.

Again, because the IJ has granted Mr. Damus's asylum **twice**, Mr. Damus will remain in contact with the immigration court until the conclusion of his proceedings. Moreover, his case is currently on remand to the Cleveland Immigration Court and waiting a hearing date. Undersigned counsel is continuing to represent him. Further, Mr. Damus, in his parole request, has provided numerous letters explaining his ties to the Cleveland, Ohio community.

**Therefore, based on the evidence provided, Mr. Damus is not a flight risk.**

3



**Mr. Damus is NOT a danger to the community**

Mr. Damus does not have a criminal record in the USA or in Haiti. He is an upstanding member of his community and well-educated. Furthermore, Mr. Damus was a victim in Haiti. The government has never provided any documentation with regards to a criminal history in the USA or abroad. Mr. Damus has never even had any behavioral issues during his prolonged incarceration.

In conclusion, Mr. Damus respectfully requests that Immigration and Customs Enforcement grant parole so he can be released from his dentation. He is not a flight risk and he does not have a criminal record. Since his detention, Mr. Damus has developed strong community ties to Cleveland through the visitation with his sponsors, Gary and Melody. Mr. Damus has already attended all court dates and been in complete compliance with everything required of him since he entered the USA in approximately October of 2016. He has been awarded asylum **twice** and should be released from jail during the pendency of his appeal.

Thank you for your consideration.

Elizabeth B. Ford, Esq. (0087791)
EOIR ID: EI 543819
Elizabeth B. Ford, Attorney at Law
PO BOX 457
Chardon, OH 44024
T: 440-487-5697
F: 440-214-9169
Elizabeth@ebfordlaw.com

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ANSLY DAMUS, *et al.*,

    Plaintiffs,

       v.

KIRSTJEN NIELSEN, Secretary of the
Department of Homeland Security, *et al.*,

    Defendants.

Civil Action No. 18-578 (JEB)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Plaintiffs' Motion for a Preliminary Injunction is GRANTED;

2. Plaintiffs' Motion for Class Certification, dated March 20, 2018 (ECF No. 11), is

   GRANTED on a provisional basis for purposes of this preliminary injunction, and

   Plaintiffs' counsel are appointed as Class Counsel;

3. Defendants are hereby ENJOINED from denying parole to any provisional class

   members absent an individualized determination, through the parole process, that such

   provisional class member presents a flight risk or a danger to the community;

4. The individualized determinations of flight risk and danger to the community referenced

   above shall be based on the specific facts of each provisional class member's case. Such

   determinations, moreover, shall not be based on categorical criteria applicable to all

   provisional class members;

*10*

5. Defendants shall provide provisional class members with parole determinations that
   conform to all of the substantive and procedural requirements of U.S. Immigration and
   Customs Enforcement, Directive No. 11002.1, Parole of Arriving Aliens Found to Have a
   Credible Fear of Persecution or Torture (Dec. 8, 2009);

6. Within seven days of this Order, the parties will meet and confer to develop a notice that
   explains the requirements of this Order and provides class members with contact
   information for Class Counsel; and

7. The parties shall appear for a status conference to discuss further proceedings in the case
   on July 10, 2018, at 11:30 a.m. in Courtroom 25.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:   July 2, 2018

Cleveland Heights, OH 44118
July 5, 2018

ICE

Dear Sirs/Mesdames:

We are writing to request having the asylum seeker, Ansly Damus (A█████████), be released to our custody as sponsors for him. We have been visiting Ansly weekly at the prison since about February 2018. We write him letters 3 times per week and receive letters back from him. We have formed a friendship and bond with him.   We have developed a support network for him of a number of people who are all trying to help him. Dr. Chantal Dothey visits him weekly as well. Others have wanted to visit, but the jail limits visitation to two visits per week, each 30 minutes. But many others have been working with us to support him and help him.

We have sufficient resources and income to provide for his housing, food, utilities, clothing, and care while he awaits being granted asylum. Should you grant us sponsorship of Ansly, we will obtain English lessons for him so that he can quickly assimilate into American life. Like Ansly, we share a deep faith and are active members of Trinity Episcopal Cathedral. We have had Ansly on our prayer list for all these months. We will bring him to church either at our church or another church he may wish to attend when he is released to us.

Gary is an attorney in private practice and a part-time magistrate for the City of Cleveland Heights. Melody holds a CPA, CTP, and an FP&A certification and is a financial consultant working for a consulting company servicing the Fortune 1000. Our income ranges (dependent on fees and bonuses) between $200,000 - $300,000. So as you can see, we have significant stability.

Ansly is a kind and gentle man who has done no wrong ever. He was a teacher of ethics and had only spoken out against government corruption in Haiti, after which he was attacked and threatened with death. He presents no threat whatsoever to the community. He is not a flight risk at all. He has a community here that has been involved with him for many months and friendships here.

We will ensure we get him acclimated to US life and if granted asylum, will help to get him productively employed when it is permitted.

And the support is not just us. We have a broader community – our group has committed to support Ansly. Our group is about a dozen people who have been working diligently on providing support to Ansly, funds in his jail account, donating books to the jail library in other languages, etc. This group will write to you as well as to their ability and commitment to support Ansly.

12

Our church has been very supportive of Ansly and his release to us and will provide assistance to us as well.

We can think of no reason, Ansly should not be released to our sponsorship. He poses no threat and he has a strong community support group and is not a flight risk. He will be well-provided for and will be given the support to quickly assimilate into the US and learn the language, and provide him assistance to gain eventual employment when permitted. He will become a productive tax-paying immigrant and hopefully eventually a US citizen.

Please move forward to grant him parole and release him to our custody.


Best regards,


Gary Benjamin          Melody Joy Hart

15



14



15

# Invoice


**RAIN MAN, INC.**

26210 Emery Road Ste 301-B Warrensville Hts, OH 44128

216-292-5554          www.rainmaninc.net

**Date**

6/12/2018

**Bill To**

Mrs. Melody Hart

Cleveland Hts, Ohio 44106

| P.O. No. | Terms |
|---|---|
| Paul & Sean | Net 30 |

| Serviced | Item | Description | Quantity | Amount |
|---|---|---|---|---|
| 6/9/2018 | Spring Tune- | Spring Tune-Up: Clean, Adjust heads, Set Time clock, Check Rain Sensor ( if equipped) , ETC. Zone 4- raised 2 small heads- to low Zone 5- raised 2 small heads- to low Zone 8- repaired soaker hose- pipe split Program A- Zones 1-7 & 9- set for 4:00 am  T,TH,SAT Program B Zone 8- set for 6:30 am & 6:30 pm for 3 minutes  Clock is ON | | |
| | Riser | Cut Off Riser | 8 | |
| | Crimp Clamps | Hose / Oetiker Clamps | 1 | |
| | MATERIALS | TOTAL  MATERIALS | | 25.00 |
| | LABOR | TOTAL  LABOR | | 195.00 |

VISA, MC & DISCOVER ACCEPTED

**Total Due**          $220.00

Thank You for your Business



Immigration and Customs Enforcement
925 Keynote Circle
Brooklyn Hts OH 44131

Chantal Dothey MD

Cleveland Heights OH 44121

Dear Sir or Madam:

I am writing this letter on behalf of Ansly Damus (A

Ansly Damus has been seeking political asylum for the last 20 months. I have been visiting him weekly since April 2018. We exchange regular mail as well.
This relationship has evolved overtime in a real friendship and I anticipate the moment when I will meet him in person. For now, I look forward for my weekly trip to the Chardon jail. Many more people would like to visit him, but the facility only accept two visits a week.
We have organized a support group which offers him guidance, writes him letters, provides funds for his account and sends French books to the jail library.

Gary Benjamin and Melody Hart have volunteered to provide hospitality, food and clothing when he get released. The community is very supportive and looks forward to helping him.

As you may know, Ansly Damus spoke only French and Creole when he first arrived. We do speak French together when I visit him. Since he came, he has picked up some English and plans to enroll in proper instruction when released.

Ansly Damus has a deep faith which comforted him a lot during his long period of isolement. We talk about the importance of his religious beliefs at each visit.

Ansly Damus is seeking political asylum because he suffered vicious attacks and death treats in Haiti when he spoke against the local regime at the community high school. He was a teacher of History and Ethics. This is what lead him to leave his country precipitously.

He represents no threat to our society and poses no risk of flight. He will recreate a life for himself, will seek gainful employment, will become a tax paying citizen and will benefit society around him.

Please, do allow Ansly Damus to stay in the United States.

With all my respect,

Chothey

Chantal Dothey, M. D.

17



**James J. Costello**
Judge
Cleveland Heights Municipal Court
40 Severance Circle
Cleveland Heights, OH 44118

July 15, 2018

Cleveland ICE-ERO
925 Keystone Circle
Brooklyn Heights, Ohio 44131

To Whom It May Concern:

I write to express my support for Melody Hart and Gary Benjamin in their application of sponsorship for Ansly Damus. I have known Melody and Gary for over a decade. I came to know them as we were all actively engaged, in various capacities, in improving our community. It is these years of being active members of our community that leave no doubt in my mind that they are able to provide stable sponsorship. This trust is such that i have recently appointed Gary Benjamin as one of my magistrates here at the Cleveland Heights Municipal Court.

I know them to be able to provide dedicated attention and support as sponsors. Therefore, please let this letter serve as my support for Melody Hart and Gary Benjamin in their application of sponsorship.

Sincerely,

Judge James J. Costello

# ENHANCEMENT MINISTRIES, INC

Rev. Dr. V. Yvonne Conner | dryconner.net

July 11, 2018

Cleveland ICE-ERO
925 keynote circle
Brooklyn Heights, OH 44131

**Re: Ansly Damus/A** ▮▮▮▮▮▮

To Whom It May Concern:

I am writing in support of Melody Hart and Gary Benjamin. They have made the commitment to be Ansly Damus' sponsors. I know Melody and Gary through our work on social justice concerns at Trinity Cathedral in Cleveland. They are known for their willingness to extend assistance to those who need extra encouragement through both their words and action. So, it is not surprising that Melody and Gary would make themselves available and enter this process to sponsor Ansly.

We are all aware that the Fifth Amendment prohibits the government from depriving any person, regardless of citizenship, of their liberty without due process of the law. Due process requires a valid reason for putting a person behind bars, and it also requires that meaningful procedures are in place to make sure detention is not among options presented to a person like Ansly who has not committed a crime. The Constitution does not permit the government to take people's liberty away arbitrarily, regardless of whether the Trump administration wants to send a message that asylum seekers "need not apply."

Mr. Damus is a Haitian asylum seeker who has been held in the Geauga County jail for about 20 months now. As already mentioned, Ansly has committed no crime. Yet, he is refused parole, which is the procedure for other asylum seekers while they go through the hearing process.

Feel free to contact me at dryconner.net or 216.739.0029

Sincerely,

*V. Yvonne Conner*

Rev. Dr. V. Yvonne Conner,
A United State Citizen

12200 Fairhill Road, B318 – Cleveland, OH 44112

Office: 216.325.7710 | www.enhancementministriesinc.org

19



# TRINITY CATHEDRAL
AN INCLUSIVE COMMUNITY OF FAITH
The Cathedral of the Episcopal Diocese of Ohio

July 6, 2018

To whom it may concern:

I want to affirm enthusiastically my support for the release of Ansly Damus to Melody Hart and
Gary Benjamin, both of whom I know well as longstanding and faithful members of Trinity
Cathedral, Cleveland. They are once again petitioning to be sponsors for Mr. Damus. Given their
deep acquaintance with him and with his case, their appreciation for all of the issues involved in
his release, and their commitment to a just resolution, they could hardly be better qualified to
serve as his sponsors.

I will deeply appreciate your careful consideration of this recommendation.

Yours sincerely,

(The Rev. Dr.) Paul L. Gaston
Acting Dean

Cleveland Heights, Ohio 44118
July 18, 2018

Cleveland ICE-ERO
925 Keynote Circle
Brooklyn Heights, OH 44131

Dear Sirs:

I am writing to support Ms. Melody J. Hart and Mr. Gary Benjamin's application to sponsor Mr. Ansly Damus (A                ), a Haitian asylum seeker who has been held in the Geauga County jail for around 20 months. If you agree, this will enable Mr. Damus to live on parole with Gary and Melody and be supported by them while he goes through a hearing process as he seeks asylum in this country. I know Melody and Gary to be very responsible citizens of the United States of America and of this community, Cleveland Heights, Ohio. We are neighbors, living just a few blocks apart. Ansly will be in good hands with them until his case is settled.

If needed, you can reach me at my home address above, unless I am traveling. My home telephone number is                , and my cellphone number is                . My e-mail address is                        I am a citizen of the United States of America, born in this country. My Ohio drivers license number is            I am looking forward to meeting Ansly and perhaps enjoying his company someday.

Thank you for considering Melody and Gary's request to sponsor Ansly, and also for considering my letter of support.

Sincerely,

Mary A. Dunbar

Mary A. (Asmundson) Dunbar
Councilmember
City of Cleveland Heights

Cleveland Heights, Ohio 44118

21

████████

Cleveland Hts., OH   44118

July 6, 2018

Immigration and Customs Enforcement

To Whom It May Concern:

I write to lend my support for Ansly Damus' parole application. I'm part of a support group in Cleveland Hts. for Ansly that revolves around Melody Hart and Gary Benjamin's commitment to sponsor Ansly when he is released on parole.

I'm willing to help provide financial support to Ansly until he can get a job - for his living expenses such as clothing, toiletries, and transportation within the community of Cleveland Hts. I know he will be well taken care of by all of us in the support group until he can provide for himself.

I also know he is a religious man with great integrity. I have visited him at the Geauga County prison and am very fond of Ansly. He's a wonderful person!

I urge you to release him on parole and give him the opportunity to become a contributing member of our society. Returning to Haiti is not an option for Ansly as he will undoubtedly be killed.

Thank you for your consideration.

Sincerely,

*Anne Hill*

Anne Hill
retired from The MetroHealth System

22

████████████

Shaker Heights, OH 44122

July 10, 2018

To Whom It May Concern:

I am writing lend my ardent support for Ansly Damus' parole application.

I have been following Ansly's case over the past 6 months, and I have had the opportunity to visit him on several occasions at the Geauga County Prison, where he has been kept without even the option for a breath of fresh air for more than 1-1/2 years. We have found Ansly to be an absolutely delightful person – full of faith, humor, and good will. My children write cards and letters to him to cheer him up, and we pray for him every night. We also pray that as Americans, we will find it in our hearts to do more to help those who have legally and lawfully sought our protection.

I know that Melody Hart and Gary Benjamin have offered to sponsor Ansly when he is released on parole. My husband and I will willingly help to provide financial support for him, through his Cleveland Heights-based support group, or however necessary. We understand he will have challenges and needs while he finds a way to get on his feet, and we would happily get involved in any way possible.

Returning to Haiti is not an option for Ansly. He seeks asylum, and deserves to be treated fairly. My family and I would welcome him without hesitation to our family, our home, our street, and our community. I urge you to release him on parole while his case is under consideration, and give him a chance to contribute to our great society.

With kind regards,

Jeanne Victory
Marketing/Communications Manager
Veale Youth Entrepreneurship Program

23

Shaker Heights, Ohio 44120-5382
July 13, 2018

RE: Ansly Damus
A

ICE

TO WHOM IT MAY CONCERN:

I write to give my support for Ansly Damus for parole approval.  I am part of a Cleveland
Heights support group for Ansly which  revolves around Melody Hart and Gary
Benjamin's commitment to sponsor Ansly when he is released on parole.

I am willing to help provide financial support to Ansly for his needs until he can get a
job.  I know Ansly to be an educated, well-meaning person.

I currently provide some funds for his commissary account and have sent him a few cards
of support.

Please release Ansly on parole so that he can be a contributing member of our society.
Were Ansly to return to Haiti he would no doubt be killed.

Thank you for your consideration.
*molly Brudnick*
Sincerely, Molly Brudnick, ACSW, retired from the Cleveland Health Department

24



**Kenneth B. Frisof and Christine M. Williams**

**Shaker Heights, OH 44120**

**(KF)**
**(CW)**

July 16, 2018

Cleveland ICE-ERO
925 Keynote Circle
Brooklyn Heights, OH  44131

Re: Ansly Damus/A

To whom it may concern,

We are natural born American citizen? Kenneth was born on December 18, 1946 in New York City. Christine was born on October 27, 1949 in Detroit, Michigan. We have been married for 43 years.

We are writing in support of the application of Gary Benjamin and Melody Hart to house Ansly Damus at their home in Cleveland Heights while he awaits a hearing on his application for asylum.

Since we live nearby, we will be able to provide food, other support, and company while Mr. Damus is domiciled at the Benjamin-Hart residence.

Sincerely,

Kenneth B. Frisof

Christine M. Williams

25

Cleveland ICE-ERO

925 Keynote Circle

Brooklyn Heights, Ohio 44131


To Whom It May Concern:

RE: Ansly Damus (A███████████)


I am writing in support of voluntary sponsorship of Ansly Damus (Ansly Damus/A███████████ by Gary Benjamin and Melody Hart. We are neighbors and close friends with Mr. Benjamin and Ms. Hart. We can vouch for their ability and commitment to meet the requirements of sponsorship and parole as expected by the United States Immigration services to ensure that Mr. Damus is properly cared for yet available to participate in the asylum hearing process. We are prepared to support and assist Mr. Benjamin and Ms. Hart in anyway they think necessary to ensure Mr. Damus' safety and well being during the asylum hearing process. Below please find our identification information.

Peter Alexander DeGolia, M.D.████████████ Cleveland Heights, Ohio 44118;███████████

Citizen, United States of America

Date of Birth███ 1954

Born in████████ California

9th Generation of French and English immigrants

Original grandfather fought and volunteered 3 times as a soldier in the American Continental Army fighting for freedom in the Mohawk Valley.


Rachel Rosen DeGolia,████████████ Cleveland Heights, Ohio 44118;███████████

Date of Birth███ 1953

Born in████ Illinois

3rd Generation of European immigrants


Sincerely,

Peter alexander DeGolia

Peter Alexander DeGolia


CC: Elizabeth Ford, Esq., PO Box 457, Chardon, Ohio, 44024

26

July 6 , 2018

Dear Sirs / Madams ,

I have been concerned about Ansly Damus since learning of his situation  , and have been in contact with many of the people that have been able to visit him .   I feel that I have come to know him a bit through them .   I have spoken out about his situation to friends and to groups and told his story over and over again while gathering signatures on a petition to allow his parole .

By all accounts , Ansly is a gentle , intelligent soul , which even comes through on his replies to my cards and letters and those of friends of mine , and will be a welcome addition to our community .

Ansly has an entire community of supporters in Northeast Ohio , myself included , who will continue to support him in any way that we can .

Sincerely ,

Kathy Flora

Cleveland Heights , Ohio 44118

27

*The Rev. Richard C. Israel*

*Shaker Heights, OH 44120*

July 12, 2018

Cleveland ICE-ERO
925 Keynote Circle
Brooklyn Heights, OH 44131

Dear Sirs,

I am writing in support of the request of Ansly Damus/A          who is currently being held in Geauga County Jail awaiting an asylum hearing even though he has not committed any crime. As a United States citizen I find this practice abhorrent and unconstitutional. I write to support the request of Gary Benjamin and Melody Hart to sponsor Mr. Damus so he can be free on parole until his hearing is held. I have personally known Mr. Benjamin and Ms. Hart for over 6 years and can vouch for their good character and commitment to the highest ideals and principles of the United States of America.

I urge you to release Mr. Damus to the sponsorship of Mr. Benjamin and Ms. Hart at the earliest possible date so his nightmare of fear and terror can come to an end. I will also be sharing his case with my elected officials, urging them to bring his unnecessary and cruel detention in jail to a quick conclusion.

Thank you for your prompt response to this matter.

Sincerely,

The Reverend Richard C. Israel

cc: U.S. Representative Marcia Fudge
    U.S. Senator Sherrod Brown
    U.S. Senator Rob Portman

28



**ACLU**

**To the Secretary of Homeland Security:**

Stop the illegal detention of asylum seekers without due process. This practice violates the policies

of your own department, as well as U.S. immigration law, international law, and the Constitution.

<u>Signed by:</u>

**27,971 ACLU activists**

29

# EXHIBIT B

*Office of Enforcement and Removal Operations*
*Detroit, MI*
**U.S. Department of Homeland Security**
353 Mt. Elliott
Detroit, MI 48207

 **U.S. Immigration
and Customs
Enforcement**

August 8, 2018

Ansly DAMUS
c/o Geauga County Jail
12450 Merritt Dr.
Chardon, OH 44042

In Reference to: DAMUS, Ansly (A: ████████████)

## NOTIFICATION DECLINING TO GRANT PAROLE

Dear Mr. DAMUS:

This letter is to inform you that U.S. Immigration and Customs Enforcement (ICE) has decided not to parole you from detention at this time. Under ICE policy, arriving aliens determined by an Asylum Officer to have a credible fear of persecution or torture are initially considered for parole. While the decision whether to grant parole is discretionary, ICE policy is generally to grant parole to aliens determined to have a credible fear if they establish their identity and that they pose neither a flight risk nor danger to the community.

As part of its determination whether to parole you, on August 1, 2018 ICE conducted an initial interview with you. Your immigration files and any supplemental documentation that you provided were reviewed at that time. After reviewing all available information, ICE has determined that parole is not appropriate in your case at this time based on the following reason(s):

☐ You have not established your identity to the satisfaction of ICE.
    ☐ You did not present valid, government-issued documentation of identity, or any documents you submitted did not, to ICE's satisfaction, establish your identity.
    ☐ You did not provide third-party verification of your identity, or any third-party information you provided did not, to ICE's satisfaction, establish your identity.
    ☐ You did not, to ICE's satisfaction, establish your identity through credible statements.

☑ You have not established to ICE's satisfaction that you are not a flight risk.
    ☐ You failed to provide, to ICE's satisfaction, a valid U.S. address where you will reside while your immigration case is pending.
    ☑ You did not establish, to ICE's satisfaction, substantial ties to the community.
    ☑ Imposition of a bond or other conditions of parole would not ensure, to ICE's satisfaction, your appearance at required immigration hearings pending the outcome of your case.

☐ You have not established to ICE's satisfaction that you are not a danger to the community or U.S. security. In making this determination, ICE has taken into account any evidence of past criminal activity, activity contrary to U.S. national security interests, activity giving rise to concerns of public safety or danger to the community, disciplinary infractions or incidents, or other criminal or detention history that shows you have harmed or would likely harm yourself or others.

☐ Additional exceptional, overriding factors (e.g., law enforcement interests or potential foreign policy consequences) in your case militate against parole, as follows:

_____

_____

☐ ICE previously provided you with a written decision declining to grant parole, and you have failed to provide additional documentation or to demonstrate any significant changed circumstances which would alter ICE's previous determination.

You may request a redetermination of this decision in writing, based upon changed circumstances in your case or additional documentation you would like ICE to consider. Such changed circumstances or documentation should relate to the reason(s) indicated above why ICE is not paroling you from custody at this time. For example, if you have not established your identity to ICE's satisfaction, you may wish to consider providing previously unfurnished government-issued documents such as passports, birth certificates, or identity cards. Identity can also be established through written statements prepared by individuals whom you know in the United States and whose identity ICE can verify to its satisfaction. These statements should include the address of the person you know in the United States and evidence of his or her identity. Finally, if there are multiple grounds checked above, you should try to provide further evidence addressing each of them.

If you request redetermination of this decision, please direct your written request to the address above, include a copy of this letter and any other prior ICE written decision(s) declining to grant you parole, and clearly explain what changed circumstances or additional documents you would like considered. Failure to provide satisfactory documentation and explanation may result in a denial of your request for redetermination.

Sincerely,

Robert Lynch
Acting Field Office Director
Detroit Field Office