# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security, in her official capacity, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:18-cv-00578 (JEB) |

## DECLARATION OF PHILIP J. LEVITZ

I, Philip J. Levitz, declare as follows:

1. I am an attorney at Covington & Burling LLP, counsel to Plaintiffs in the above-captioned litigation.

2. I have personal knowledge of the facts contained in this declaration, which I make in order to place before the Court certain material relevant to Plaintiffs' Motion for Limited Discovery Regarding Compliance with the Preliminary Injunction, or, Alternatively, for an Order to Show Cause Why Defendants Should Not Be Held in Contempt.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain dated between August 24, 2018 and September 6, 2018, between Alex Halaska, counsel for Defendants in this case, and Philip J. Levitz, counsel for Plaintiffs in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of September 2018, in Washington, D.C.

_____
Philip J. Levitz

# EXHIBIT 1

**From:** Levitz, Philip
**Sent:** Thursday, September 06, 2018 11:53 PM
**To:** 'Halaska, Alexander J. (CIV)' <Alexander.J.Halaska@usdoj.gov>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>; Kelly, Genevieve M (CIV) <Genevieve.M.Kelly@usdoj.gov>; Connolly, Kathleen A. (CIV) <Kathleen.A.Connolly@usdoj.gov>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Alex,

Thank you for your note. Plaintiffs do not believe that providing a list of written questions to Defendants' counsel will be productive in explaining whether and, if so, how Defendants are complying with the preliminary injunction.

As you know, Defendants have already provided written declarations purporting to explain how Defendants are complying with the Parole Directive. As Plaintiffs pointed out earlier -- and the Court agreed -- such declarations "rely[ing] on records that have not been submitted to the Court and are written by individuals who largely did not have direct involvement with the specific adjudications" are of little assistance and should not be credited. *See* Prelim. Inj. Op. 34. Unsworn answers to questions that may be prepared by counsel even further removed from the actual parole determinations would be of even less assistance, and would be no substitute for contemporaneous documentation, or live testimony permitting follow-up.

Accordingly, Plaintiffs intend to file their motion tomorrow, in line with the Court's August 28, 2018 order.

Regards,
Philip


**Philip J. Levitz**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5879 | plevitz@cov.com

www.cov.com

COVINGTON

**From:** Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>
**Sent:** Thursday, September 06, 2018 2:16 PM
**To:** Levitz, Philip <PLevitz@cov.com>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>; Kelly, Genevieve M (CIV) <Genevieve.M.Kelly@usdoj.gov>; Connolly, Kathleen A. (CIV) <Kathleen.A.Connolly@usdoj.gov>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Philip, do Plaintiffs have any further thoughts on last week's conversation? Thanks. –Alex

Alex Halaska
Trial Attorney
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

**From:** Halaska, Alexander J. (CIV)
**Sent:** Friday, August 31, 2018 11:01 AM
**To:** 'Levitz, Philip' <PLevitz@cov.com>; 'Auerbach, Dennis' <dauerbach@cov.com>; 'Lee, Eunice' <leeeunice@uchastings.edu>; 'Judy Rabinovitz' <JRabinovitz@aclu.org>; 'Michael Tan' <mtan@aclu.org>; 'Stephen Kang' <skang@aclu.org>; 'Vieux,Hardy' <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Kelly, Genevieve M (CIV) <GKelly@civ.usdoj.gov>; Connolly, Kathleen A. (CIV) <kconnoll@CIV.USDOJ.GOV>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Philip, as discussed, please find attached the broadcast email sent to the five ICE field offices regarding the Spanish language class notice, and the Spanish language class notice document itself. Thanks very much. –Alex

Alex Halaska
Trial Attorney
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

**From:** Halaska, Alexander J. (CIV)
**Sent:** Thursday, August 30, 2018 5:39 PM
**To:** 'Levitz, Philip' <PLevitz@cov.com>; 'Auerbach, Dennis' <dauerbach@cov.com>; 'Lee, Eunice' <leeeunice@uchastings.edu>; 'Judy Rabinovitz' <JRabinovitz@aclu.org>; 'Michael Tan' <mtan@aclu.org>; 'Stephen Kang' <skang@aclu.org>; 'Vieux,Hardy' <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Kelly, Genevieve M (CIV) <GKelly@civ.usdoj.gov>; Connolly, Kathleen A. (CIV) <kconnoll@CIV.USDOJ.GOV>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Philip, Michael, and Dennis, thanks for the call today. I spoke with the agency, and here's where we stand.

- Defendants hope to locate the email related to the Spanish language notice tomorrow. I will send it to you when I have it. I'll let you know if the anticipated timeline changes.
- I asked the agency about the types of communications that occurred related to implementation of the preliminary injunction. I understand that, apart from the email sent out on the morning of July 3, 2018 (which is attached to my July 27 letter), and the email related to the Spanish language notice (which I will be sending to you once I have it), communications regarding the preliminary injunction were between agency attorneys and ERO staff, as described in my July 27 letter.
- As I stated on the call, Plaintiffs' request for oral "testimony from the five field offices" is simply too broad for Defendants to proceed. However, if Plaintiffs provide a list of written questions related to the Field Offices' implementation of and compliance with the preliminary injunction, I will discuss those questions with my client in the hopes of avoiding burdensome motions practice on the expedited discovery issue.

Thanks very much. –Alex

Alex Halaska
Trial Attorney
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

---

**From:** Halaska, Alexander J. (CIV)
**Sent:** Thursday, August 30, 2018 4:02 PM
**To:** 'Levitz, Philip' <PLevitz@cov.com>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Kelly, Genevieve M (CIV)

<GKelly@civ.usdoj.gov>; Connolly, Kathleen A. (CIV) <kconnoll@CIV.USDOJ.GOV>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Philip, I'm having some trouble dialing in to the conference line. Is anyone else having issues? It may be something on my end.

Alex Halaska
Trial Attorney
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

---

**From:** Levitz, Philip [mailto:PLevitz@cov.com]
**Sent:** Wednesday, August 29, 2018 12:31 PM
**To:** Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Kelly, Genevieve M (CIV) <GKelly@civ.usdoj.gov>; Connolly, Kathleen A. (CIV) <kconnoll@CIV.USDOJ.GOV>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Alex,

As discussed at the hearing, Plaintiffs need the following information to understand if and how the Government is complying with the Court's preliminary injunction and the Parole Directive:

o     Any written guidance (memoranda, email guidance, etc.) provided to ICE staff regarding implementation of the preliminary injunction or the Parole Directive.
o     Testimony from the five field offices regarding implementation of the preliminary injunction and the Parole Directive.
o     Parole determination worksheets, case summaries, risk classification assessments, parole decision letters, and any other documents reflecting the process and bases of parole determinations and redeterminations since the preliminary injunction.  As a compromise, we are happy to discuss receiving a statistically valid sample of these documents.

We also would like to discuss a timeframe for providing these materials.

Thanks,
Philip

**Philip J. Levitz**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5879 | plevitz@cov.com
www.cov.com

## COVINGTON

**From:** Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>
**Sent:** Wednesday, August 29, 2018 9:05 AM
**To:** Levitz, Philip <PLevitz@cov.com>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>; Kelly, Genevieve M (CIV) <Genevieve.M.Kelly@usdoj.gov>; Connolly, Kathleen A. (CIV) <Kathleen.A.Connolly@usdoj.gov>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Thank you. Can you please also send a list of proposed topics/discussion points by 4:00 PM today so I can discuss with the agency before our call?

Alex Halaska
Trial Attorney
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

**From:** Levitz, Philip [mailto:PLevitz@cov.com]
**Sent:** Tuesday, August 28, 2018 5:06 PM
**To:** Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Kelly, Genevieve M (CIV) <GKelly@civ.usdoj.gov>; Connolly, Kathleen A. (CIV) <kconnoll@CIV.USDOJ.GOV>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Thanks, Alex.  I'll circulate a calendar invite with a dial-in.

**From:** Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>
**Sent:** Tuesday, August 28, 2018 3:08 PM
**To:** Levitz, Philip <PLevitz@cov.com>; Auerbach, Dennis

<dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>; Kelly, Genevieve M (CIV) <Genevieve.M.Kelly@usdoj.gov>; Connolly, Kathleen A. (CIV) <Kathleen.A.Connolly@usdoj.gov>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Philip, we're available on Thursday at 4:00 pm. Thanks. –Alex

Alex Halaska
Trial Attorney
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

**From:** Levitz, Philip [mailto:PLevitz@cov.com]
**Sent:** Tuesday, August 28, 2018 3:01 PM
**To:** Halaska, Alexander J. (CIV) <alhalask@CIV.USDOJ.GOV>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>; Kelly, Genevieve M (CIV) <GKelly@civ.usdoj.gov>; Connolly, Kathleen A. (CIV) <kconnoll@CIV.USDOJ.GOV>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Alex,

Per our discussion earlier today, please let us know when you are available to meet and confer in the next couple days. We're available after 4:15 pm today, between 10:30 am and 2 pm tomorrow and between 2 and 3 and 4 and 5 pm on Thursday.

Thanks,
Philip

**Philip J. Levitz**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956

T +1 202 662 5879 | plevitz@cov.com
www.cov.com

**COVINGTON**

**From:** Halaska, Alexander J. (CIV) <Alexander.J.Halaska@usdoj.gov>
**Sent:** Friday, August 24, 2018 6:33 PM
**To:** Levitz, Philip <PLevitz@cov.com>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; Michael Tan <mtan@aclu.org>; Stephen Kang <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>; Kelly, Genevieve M (CIV) <Genevieve.M.Kelly@usdoj.gov>; Connolly, Kathleen A. (CIV) <Kathleen.A.Connolly@usdoj.gov>
**Subject:** RE: Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Password: D@musclass082418

Alex Halaska
Trial Attorney
United States Department of Justice

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

**From:** Halaska, Alexander J. (CIV)
**Sent:** Friday, August 24, 2018 6:31 PM
**To:** Levitz, Philip (PLevitz@cov.com) <PLevitz@cov.com>; Auerbach, Dennis <dauerbach@cov.com>; Lee, Eunice <leeeunice@uchastings.edu>; Judy Rabinovitz <JRabinovitz@aclu.org>; 'Michael Tan' <mtan@aclu.org>; 'Stephen Kang' <skang@aclu.org>; Vieux,Hardy <VieuxH@humanrightsfirst.org>
**Cc:** Sarah B Fabian (CIV) (sfabian@CIV.USDOJ.GOV) <sfabian@CIV.USDOJ.GOV>; Genevieve M Kelly (CIV) (GKelly@civ.usdoj.gov) <GKelly@civ.usdoj.gov>; Kathleen A. Connolly (CIV) (kconnoll@CIV.USDOJ.GOV) <kconnoll@CIV.USDOJ.GOV>
**Subject:** Damus v. Nielsen, 1:18-cv-00578 (D.D.C.) - Sealed status report (ECF No. 40)

Philip, please find attached the documents comprising Defendants' sealed status report (ECF No. 40). These provisional class lists are provided subject to the parties' protective order. A password will

follow in a separate email. Have a good weekend. –Alex

Alex Halaska
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation – District Court Section

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

This message (including any attachments) may contain confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you must notify the sender immediately of the error and delete this message from your system. Any disclosure, copying, or distribution of a message received in error, or the taking of any action based on it, is strictly prohibited.