UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Ansly DAMUS, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br>　　　　　　　Defendants. | Civil Action No. 1:18-cv-00578 |

# **DEFENDANTS' UNOPPOSED MOTION TO EXTEND BY FOUR DAYS THE DEADLINES ASSOCIATED WITH PLAINTIFFS' MOTION FOR DISCOVERY**

Defendants respectfully move the Court without opposition to extend the deadlines associated with Plaintiffs' Motion for Limited Discovery Regarding Compliance with the Preliminary Injunction, or, Alternatively, for an Order to Show Cause Why Defendants Should Not Be Held in Contempt (ECF No. 41) under Federal Rule of Civil Procedure 6(b)(1)(A). Plaintiffs filed their Motion on September 7, 2018, as required by the Court's minute order of August 28, 2018 ("August 28 minute order"). Defendants' current deadline to oppose Plaintiffs' Motion is September 21, 2018, and Plaintiffs' reply in support of their Motion is due by September 28, 2018. *Id.* If the Court grants this unopposed motion, Defendants' deadline to oppose Plaintiffs' motion would be September 25, 2018, and Plaintiffs' deadline to reply in support of their Motion would be October 4, 2018.

This motion is supported by good cause. Undersigned counsel for the Government is currently scheduled to be out of the office from September 15 to September 23, 2018, and will not be in a position to fully brief or file the Government's opposition by the current September 21 deadline. *See* Declaration of Alexander J. Halaska ("Halaska Decl.") ¶ 3 (attached hereto as

Ex. 1). Significant personal issues will preclude co-counsel for the Government from fully briefing and drafting the Government's opposition as well. *See* Halaska Decl. ¶ 4. A four-day extension of the Government's deadline to respond would allow undersigned counsel to fully brief and file the Government's opposition. Halaska Decl. ¶ 6. The parties agree that a short extension of Plaintiffs' deadline to reply in support of their Motion is appropriate in light of an extension of the Government's response deadline. Halaska Decl. ¶ 5.

      Accordingly, Defendants respectfully request a brief extension of the deadlines associated with Plaintiffs' Motion.

DATED: September 11, 2018              Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General
                                            Civil Division

                                            WILLIAM C. PEACHEY
                                            Director
                                            Office of Immigration Litigation
                                            District Court Section

                                            GISELA A. WESTWATER
                                            Assistant Director

                                            */s/ Alexander J. Halaska*
                                            ALEXANDER J. HALASKA
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division
                                            Office of Immigration Litigation
                                            District Court Section
                                            P.O. Box 868, Ben Franklin Station
                                            Washington, D.C. 20044
                                            Tel: (202) 307-8704

                                            *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

Case No. 1:18-cv-00578-JEB (D.D.C.)

I hereby certify that on September 11, 2018, I served a copy of the foregoing document on all parties of record by causing this document to be filed with the Clerk of the Court through the CM/ECF system, which will provide electronic notification of and a link to this document to all attorneys of record.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704

*Counsel for Defendants*