UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*,<br>     Plaintiffs,<br><br>   v.<br><br>Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br>     Defendants. | Civil Action No. 1:18-cv-00578 |

**JOINT STATUS REPORT**

Pursuant to this Court's Order and Opinion dated October 22, 2018 (ECF Nos. 51-52), the parties submit this joint status report regarding the status of discovery and proposed next steps in the litigation.

In its Order and Opinion, the Court granted Plaintiffs specified discovery related to Defendants' compliance with the preliminary injunction order in this case. (*See* ECF No. 33.) The Court (1) ordered Defendants to produce a random sample of parole-determination documentation from the period since the preliminary injunction issued and (2) allowed five depositions—i.e., the deposition of an official from each of the five U.S. Immigration and Customs Enforcement ("ICE") Field Offices—regarding ICE's activity since the injunction issued, and any necessary context from the preceding period. ECF No. 52 at 7-8.

**I. Status of Discovery**

The parties agreed that Defendants would produce the following parole-determination documents for a random sample of provisional class members: (1) parole

determination worksheets; (2) parole denial letters; (3) and case summaries where they exist. The parties have agreed to a random sample of 125—or approximately 12%—of total cases from the five ICE Field Offices. The parties also agreed to a procedure for substituting "reserve" cases where a class member's A-File is not immediately accessible to Defendants. Defendants produced the sample of parole-determination documents to Plaintiffs on November 20 and 21, 2018, which Plaintiffs are in the process of reviewing for completeness.

The parties have agreed to the following depositions on the following dates in Washington, DC:

- December 4, 2018: Diane Witte, El Paso Acting Field Office Director
- December 6, 2018: Gabriel Valdez, Los Angeles Assistant Field Office Director
- December 11, 2018: Joseph Dunn, Philadelphia Assistant Field Office Director
- December 12, 2018: Mark Hamilton, Detroit Assistant Field Office Director
- December 14, 2018: Ruben Perez, Newark Assistant Field Office Director

Defendants have agreed that their witnesses will be prepared to address all the issues contemplated by the Court's October 22, 2018 Opinion and Order (ECF Nos. 51-52). Those issues include, but are not necessarily limited to:

- Whether the ICE Field Office is complying with the substantive and procedural requirements of the ICE Parole Directive and the preliminary injunction order of July 2, 2018 (ECF No. 33);
- Any changes to the ICE Field Office's parole practices since the Court's preliminary injunction order, including any actions undertaken by the ICE Field

       Office to comply with the preliminary injunction order, and whatever context from the proceeding period is necessary to understand those changes;

- Why the parole grant rate for the ICE Field Office has remained low since the preliminary injunction order.[1]

*See* ECF No. 52 at 7-8. Should any of the witnesses offered by Defendants be unable to fully address the issues contemplated by the Court's October 22, 2018 Opinion and Order, Plaintiffs reserve the right to seek to depose other witnesses who are able to do so. Defendants do not waive any arguments against additional depositions.

## II.     Proposed Next Steps in the Litigation

The parties propose that they submit a joint status report on December 21, 2018— or one week after the final scheduled deposition—proposing the next steps in the litigation. The parties also request a status conference on or after January 3, 2019, to discuss those next steps.

---

[1] Defendants do not concede that compliance with the Parole Directive can be established by the rate at which a Field Office grants or denies parole.

                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Alexander J. Halaska* | */s/ Philip J. Levitz* |
| ALEXANDER J. HALASKA | Dennis B. Auerbach (D.C. Bar No. 418982) |
| Trial Attorney | Philip J. Levitz (D.C. Bar No. 1018430) |
| U.S. Department of Justice | Julia H. Brower (D.C. Bar No. 1048925) |
| Office of Immigration Litigation | Covington & Burling LLP |
| P.O. Box 868, Ben Franklin Station | One CityCenter |
| Washington, D.C. 20044 | 850 Tenth St., N.W. |
| Tel: (202) 307-8704 | Washington, D.C. 20001–4956 |
| alexander.j.halaska@usdoj.gov | (202) 662-6000 |
| | |
| | Michael K.T. Tan |
| | Judy Rabinovitz |
| | American Civil Liberties Union Foundation, Immigrants' Rights Project |
| | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | (212) 549-2618 |
| | |
| | Stephen B. Kang |
| | American Civil Liberties Union Foundation, Immigrants' Rights Project |
| | 39 Drumm Street |
| | San Francisco, CA 94111 |
| | (415) 343-0783 |
| | |
| | *Additional counsel listed on other pleadings* |

## CERTIFICATE OF SERVICE

      I certify that, on November 26, 2018, I electronically transmitted the attached joint status report using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

Date: November 26, 2018          Signed:   /s/ Philip J. Levitz
                                                               Philip J. Levitz
                                                               COVINGTON & BURLING LLP
                                                               One CityCenter
                                                               850 Tenth St., N.W.
                                                               Washington, D.C. 20001–4956
                                                               (202) 662-6000