UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br>　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-00578<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE REGARDING FILING OF ADMINISTRATIVE RECORD

Pursuant to the Court's minute order of April 2, 2019, Defendants hereby provide notice to the Court and all parties that Defendants intend to file a certified list of the contents of the administrative record, and provide a copy of the administrative record to Plaintiffs, within 30 days from today, no later than May 8, 2019.

Dated: April 8, 2019

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

KATHLEEN A. CONNOLLY
Senior Litigation Counsel

VICTORIA BRAGA
Trial Attorney

Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

Case No. 1:18-cv-00578-JEB (D.D.C.)

I certify that on April 8, 2019, I served a copy of the foregoing document on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice of and a link to this document to all attorneys of record.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

*Attorneys for Defendants*