UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANSLY DAMUS, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>KEVIN McALEENAN, Acting Secretary of the Dep't of Homeland Security,[1] in his official capacity, et al.,<br>                Defendants. | Civil Action No. 1:18-cv-00578 |

## CERTIFIED LIST OF CONTENTS OF ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n), and this Court's April 22, 2019 minute order, Defendants submit the attached certified list of the contents of the administrative record.

Dated: May 8, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

*/s/ Kathleen A. Connolly*
KATHLEEN A. CONNOLLY
Deputy Chief
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8627 | Fax: (202) 305-7000
Kathleen.A.Connolly@usdoj.gov

*Attorneys for Defendants*

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Kirstjen Nielsen, pursuant to Federal Rule of Civil Procedure 25(d).

## **CERTIFICATE OF SERVICE**

Case No. 1:18-cv-00578-JEB (D.D.C.)

I certify that on May 8, 2019 I served a copy of the foregoing document on all parties of record by causing it to be filed with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and a link to this document to all attorneys of record.

*/s/ Kathleen A. Connolly*
KATHLEEN A. CONNOLLY
DC Bar 989085
Deputy Chief
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8627 | Fax: (202) 305-7000
Kathleen.A.Connolly@usdoj.gov

*Attorney for Defendants*