UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSLY DAMUS, *et al.*, <br><br> Petitioners and Plaintiffs, <br><br> v. <br><br> Kevin K. McALEENAN,[1] Acting Secretary, U.S. Department of Homeland Security, in his official capacity, *et al.*, <br><br> Respondents and Defendants. | Case No. 1:18-cv-00578 |

CERTIFICATION OF ADMINISTRATIVE RECORD

I, Ricardo A. Wong, hereby make the following certification with respect to the above-captioned matter, based upon my personal knowledge or upon information provided to me in my official capacity.

1. I have been employed with ICE and its legacy agency Immigration and Naturalization Service since 1998 and I am currently acting for David W. Jennings, Acting Assistant Director for the Field Operations Division within the U.S. Department of Homeland Security (DHS),

---

[1] Acting Secretary McAleenan is automatically substituted for former Secretary Nielsen pursuant to Federal Rule of Civil Procedure 25(d).

U.S. Immigration and Customs (ICE), Enforcement and Removal Operations (ERO).

2. The Assistant Director for the Field Operations Division oversees, among other things, the overall management of the parole decision-making process for arriving aliens in ICE custody who were found to have credible fear. As Acting Assistant Director, I can certify that to the best of my knowledge, information, and belief, the documents listed in the attached are the administrative record constituting the non-privileged documents that were developed in connection with the implementation of the Parole Directive in Newark, Philadelphia, El Paso, Los Angeles, and Detroit between January of 2017 and March of 2018, and compiled in response to the Court's order of April 1, 2019.

Executed this 8th day of May 2019.

Ricardo A. Wong
Acting Assistant Director
Field Operations Division
Washington, D.C.

| Document No. | Date | Document | Page No. |
|---|---|---|---|
| 1 | 02/20/2017 | Secretary John Kelly Memorandum: Enforcement of the Immigration Laws to Serve the National Interest | 0000001-0000006 |
| 2 | 02/20/2017 | Secretary John Kelly Memorandum: Implementing the President's Border Security and Immigration Enforcement Improvements Policies | 0000007-0000019 |
| 3 | 02/20/2017 | Press Release: Secretary Kelly issues Implementation Memoranda on Border Security and Interior Enforcement Executive Orders | 0000020 |
| 4 | 05/06/2019 | Broadcast Archive Page: Implementing the President's Border Security and Interior Immigration Enforcement Policies | 0000021-0000022 |
| 5 | 04/11/2019 | Broadcast Archive Page: Field Office Policy Review | 0000023-0000024 |
| 6 | 05/06/2019 | Broadcast Archive Page: Field Office Policy Review | 0000025-0000026 |
| 7 | Undated | Executive Order 13767: Border Security and Immigration Enforcement Improvements | 0000027 |
| 8 | Undated | Executive Order 13768: Enhancing Public Safety in the Interior of the United States | 0000028 |
| 9 | 06/19/2017 | Email: "DETROIT Field Office Policy Review" | 0000029-0000030 |
| 10 | 06/21/2017 | Email: "EL PASO Field Office Policy Review" | 0000031-0000032 |
| 11 | Undated | Executive Order 13768: Enhancing Public Safety in the Interior of the United States | 0000033 |
| 12 | Undated | Executive Order 13767: Border Security and Immigration Enforcement Improvements | 0000034 |
| 13 | 02/21/2017 | Matthew T. Albence Memorandum: Implementing the President's Border Security and Interior Immigration Enforcement Policies | 0000035-0000038 |
| 14 | 02/20/2017 | Fact Sheet: Border Security and Immigration Enforcement Improvements | 0000039-0000042 |
| 15 | 02/22/2017 | Email: FW: Implementing the President's Border Security and Interior Immigration Enforcement Policies | 0000043-0000044 |
| 16 | 02/21/2017 | Matthew T. Albence Memorandum: Implementing the President's Border Security and Interior Immigration Enforcement Policies | 0000045-0000048 |
| 17 | 02/22/2017 | Email: FW: Message from Secretary Kelly on Implementation of Executive Orders | 0000049-0000050 |
| 18 | 02/20/2017 | Secretary John Kelly Memorandum: Enforcement of the Immigration Laws to Serve the National Interest | 0000051-0000056 |

| | | | |
|---|---|---|---|
| 19 | 02/20/2017 | Secretary John Kelly Memorandum: Implementing the President's Border Security and Immigration Enforcement Improvements Policies | 0000057-0000069 |
| 20 | 02/20/2017 | Press Release: Secretary Kelly Issues Implementation Memoranda on Border Security and Interior Enforcement Executive Orders | 0000070 |
| 21 | 02/20/2017 | Fact Sheet: Border Security and Immigration Enforcement Improvements | 0000071-0000074 |
| 22 | 02/20/2017 | Fact Sheet: Enhancing Public Safety in the Interior of the United States | 0000075-0000077 |
| 23 | 02/20/2017 | Q&A: DHS Implementation of the Executive Order on Border Security and Immigration Enforcement | 0000078-0000084 |
| 24 | 12/08/2009 | Directive o. 11002.1 Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture | 0000085 - 0000094 |
| 25 | 02/22/2017 | Email: "Parole Reviews" | 0000095 |
| 26 | 12/08/2009 | Directive o. 11002.1 Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture | 0000096 - 0000105 |
| 27 | 02/20/2017 | Fact Sheet: "Enhancing Public Safety in the Interior of the United States" | 0000106 - 0000108 |
| 28 | 06/21/2017 | Email: "LOS ANGELES Field Office Policy Review" | 0000109 - 0000110 |
| 29 | 02/21/2017 | Email: "Message from Secretary Kelly on Implementation of Executive Orders" | 0000111 |
| 30 | 06/21/2017 | Email: "NEWARK Field Office Policy Review" | 0000112 - 0000113 |
| 31 | 06/21/2017 | Email: "PHILADELPHIA Field Office Policy Review" | 0000114 |
| 32 | Undated | Executive Order 13768 – Enhancing Public Safety in the Interior of the United States" | 0000115 |
| 33 | Undated | "Executive Order 13767 – Border Security and Immigration Enforcement Improvements" | 0000116 |
| 34 | 01/26/2017 | Acting Director Daniel Ragsdale Broadcast Message: "President Trump Signs Executive Orders" | 0000117 |
| 35 | 02/20/2017 | Q&A DHS Implementation of the Executive Order on Border Security and Immigration Enforcement | 0000118 - 0000124 |
| 36 | 01/24/2017 | Email: "Credible Fear Parole Request" | 0000125 |
| 37 | Undated | Blank Record of Parole Determination/Parole Determination Worksheet | 0000126 - 0000127 |
| 38 | Undated | Blank Parole Advisal and Scheduling Notification | 0000128 |
| 39 | Undated | Blank Parole Denial Letter | 0000129 - 0000130 |

| 40 | 11/20/2014 | Secretary Jeh Johnson Memorandum: Policies for the Apprehension, Detention and Removal of Undocumented Immigrants | 0000131 - 0000136 |
| 41 | 03/02/2017 | Email: "New Policy(ies)/Guidance on DHS Parole?" | 0000137 |
| 42 | 02/17/2017 | Secretary John Kelly Memorandum: Enforcement of the Immigration Laws to Serve the National Interest | 0000138 - 0000143 |
| 43 | 02/17/2017 | Secretary John Kelly Memorandum: Implementing the President's Border Security and Immigration Enforcement Improvements Policies | 0000144 - 0000156 |