UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Kevin McALEENAN, Acting Secretary,<br>U.S. Department of Homeland Security, in<br>his official capacity, *et al.*,<br>　　　　　　　Defendants. | Civil Action No. 1:18-cv-00578 |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated April 22, 2019, the parties submit this joint status report regarding the administrative record and proposed next steps in the litigation.

I. **Plaintiffs' Statement**

Plaintiffs have reviewed the administrative record lodged by Defendants on May 8, 2019. Although Plaintiffs do not concede that the administrative record is complete, Plaintiffs believe that the record in this case is sufficient to proceed to summary judgment and that no further discovery is necessary at this time. *See Hispanic Affairs Project v. Acosta*, 901 F.3d 378, 388 & n.4 (D.C. Cir. 2018) (permitting evidence outside the administrative record to establish the existence of a challenged policy); *Venetian Casino Resort, L.L.C. v. E.E.O.C.*, 530 F.3d 925, 928 (D.C. Cir. 2008) (same).

II. **Defendants' Statement**

Defendants provided Plaintiffs with the administrative record on May 8, 2019, and supplemented the record with two additional documents on May 22, 2019. *See* ECF

Nos. 84, 88. The record is complete, and Defendants are prepared to proceed to summary judgment briefing.

### III.     Proposed Schedule

The parties therefore propose the following schedule for summary judgment briefing and ask that the Court enter a schedule reflecting these deadlines.

    July 10, 2019        Cross-motions for summary judgment

    August 9, 2019      Oppositions to cross-motions for summary judgment

The parties do not intend to file reply briefs.

                                               Respectfully submitted,

| | |
|---|---|
| */s/ Alexander J. Halaska* | /s/ Andrew E. Siegel |
| ALEXANDER J. HALASKA | Dennis B. Auerbach (D.C. Bar No. 418982) |
| Trial Attorney | Philip J. Levitz (D.C. Bar No. 1018430) |
| U.S. Department of Justice | Julia H. Brower (D.C. Bar No. 1048925) |
| Office of Immigration Litigation | Andrew E. Siegel (D.C. Bar No. 1029365) |
| P.O. Box 868, Ben Franklin Station | Covington & Burling LLP |
| Washington, D.C. 20044 | One CityCenter |
| Tel: (202) 307-8704 | 850 Tenth St., N.W. |
| alexander.j.halaska@usdoj.gov | Washington, D.C. 20001–4956 |
| | (202) 662-6000 |
| | |
| | Michael K.T. Tan |
| | Judy Rabinovitz |
| | American Civil Liberties Union |
| | Foundation, Immigrants' Rights Project |
| | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| | (212) 549-2618 |
| | |
| | Stephen B. Kang |
| | American Civil Liberties Union |
| | Foundation, Immigrants' Rights Project |
| | 39 Drumm Street |
| | San Francisco, CA 94111 |
| | (415) 343-0783 |
| | |
| | *Additional counsel listed on other pleadings* |

## CERTIFICATE OF SERVICE

      I certify that, on May 22, 2019, I electronically transmitted the attached joint status report using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

Date: May 22, 2019            Signed:   /s/ Andrew E. Siegel
                                                          Andrew E. Siegel
                                                          Covington & Burling LLP
                                                          One CityCenter
                                                          850 Tenth St., N.W.
                                                          Washington, D.C. 20001–4956
                                                          (202) 662-6000