IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANSLY DAMUS, *et al.*, on behalf of themselves and others similarly situated, ) ) ) ) *Plaintiffs*, ) ) *v.* ) ) KEVIN McALEENAN, Acting Secretary of the Department of Homeland Security, in his official capacity, *et al.*, ) ) ) ) ) *Defendants*. ) ) | Civil Action No. 1:18-cv-00578 (JEB) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND PERMANENT INJUNCTION**

Pursuant to Fed. R. Civ. P. 56, Plaintiffs Ansly Damus, N.J.J.R., Abelardo Asensio Callol, Alexi Ismael Montes Castro, H.A.Y., A.M.M., L.H.A., E.E.C.S., and L.I.L.M. hereby move, on behalf of themselves and a class of similarly situated individuals, for summary judgment and a permanent injunction to enjoin Defendants Kevin McAleenan, sued in his official capacity as Acting Secretary of the Department of Homeland Security ("DHS"); Matthew Albence, sued in his official capacity as Acting Director for U.S. Immigration and Customs Enforcement ("ICE"); Rebecca Adducci, sued in her official capacity as Director of the ICE Detroit Field Office; William Joyce, sued in his official capacity as Acting Director of the ICE El Paso Field Office; David Marin, sued in his official capacity as Director of the ICE Los Angeles Field Office; John Tsoukaris, sued in his official capacity as Director of the ICE Newark Field Office; Greg Brawley, sued in his official capacity as Director of the ICE Philadelphia Field Office; William Barr, sued in his official capacity as Attorney General of the United States; and James McHenry, sued in his official capacity as Director of the Executive Office for

Immigration Review, from detaining asylum seekers without individualized consideration of flight risk or danger to the community.

As further explained in the accompanying Memorandum, Plaintiffs' policy and practice of denying parole without bona fide individualized reviews violates ICE Directive 11002.1, Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture (Dec. 8, 2009), and should therefore be set aside under the Administrative Procedure Act.  A permanent injunction is warranted to prevent severe and irreparable harm to Plaintiffs, and to many others similarly situated who are, or will soon be, subject to Defendants' practices.

In support of this Motion, Plaintiffs rely upon the accompanying Memorandum, declaration, and exhibits.  A proposed order is attached.

Dated: July 19, 2019

Judy Rabinovitz
Michael K.T. Tan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2618

Stephen B. Kang
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
(415) 343-0783

Respectfully submitted,

 s/ Andrew E. Siegel
Dennis B. Auerbach (D.C. Bar No. 418982)
Andrew E. Siegel (D.C. Bar No. 1029365)
Julia H. Brower (D.C. Bar No. 1048925)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001–4956
(202) 662-6000

Eunice Lee
Blaine Bookey
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister St.
San Francisco, CA 94102
(415) 565-4877


Hardy Vieux (D.C. Bar No. 474762)
Patricia Stottlemyer (D.C. Bar No. 888252536)
HUMAN RIGHTS FIRST
805 15th Street, N.W., Suite 900
Washington, D.C. 20005
(202) 547-5692

Eleni Bakst
HUMAN RIGHTS FIRST
75 Broad Street, 31st floor
New York, NY 10004
(212) 845-5200

Leon Howard
Kristin Greer Love
ACLU OF NEW MEXICO
1410 Coal Ave. SW
Albuquerque, NM 87104
(505) 266-5915, x1007

Witold J. Walczak
Golnaz Fakhimi
ACLU of Pennsylvania
247 Ft. Pitt Blvd., 2nd floor
Pittsburgh, PA 15222
(412) 681-7864

Edgar Saldivar
Andre Segura
ACLU Foundation of Texas, Inc.
1500 McGowen, Suite 250
Houston, TX 77004
(713) 942-8146 x111

Arthur B. Spitzer (D.C. Bar. No. 235960)
AMERICAN CIVIL LIBERTIES UNION OF THE
DISTRICT OF COLUMBIA
915 15th Street, NW, 2nd floor
Washington, D.C. 20005-2302
(202) 457-0800

Farrin R. Anello
Edward Barocas
Jeanne LoCicero
AMERICAN CIVIL LIBERTIES UNION OF NEW
JERSEY FOUNDATION
P.O. Box 32159
Newark, NJ 07102
(973) 642-2084

Freda J. Levenson
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
(216) 472-2220

Ahilan T. Arulanantham
Sameer Ahmed
ACLU Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5232

## CERTIFICATE OF SERVICE

      I certify that, on July 19, 2019, I electronically transmitted the attached motion and accompanying exhibits using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

Date: July 19, 2019　　　　　　　　　　Signed:　　s/ Andrew E. Siegel
　　　　　　　　　　　　　　　　　　　　　　　　Andrew E. Siegel
　　　　　　　　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　　　　　　　　One CityCenter
　　　　　　　　　　　　　　　　　　　　　　　　850 Tenth St., N.W.
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001–4956
　　　　　　　　　　　　　　　　　　　　　　　　(202) 662-6000