UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*  )<br><br>  )<br><br>Plaintiffs,  )<br><br>  )<br>v.  )<br><br>  )<br>Kevin K. McALEENAN, Acting Secretary,  )<br>U.S. Department of Homeland Security, in  )<br>his official capacity, *et al.*  )<br><br>  )<br>Defendants.  )<br><br>  ) | Civil Action No. 1:18-cv-00578 |

## JOINT STIPULATION TO EVIDENTIARY HEARING DATE

At a status conference on September 19, 2019, the Court ordered the parties to appear for an evidentiary hearing on Plaintiffs' motion to hold ICE's Los Angeles Field Office in contempt of the Court's July 2, 2018 preliminary injunction order.  The Court directed the parties to meet and confer regarding a date for this hearing.

The parties, through undersigned counsel, have met and conferred, and jointly stipulate to and propose that the Court hold an evidentiary hearing on **WEDNESDAY, OCTOBER 30, 2019**.

Dated: September 28, 2019

_s/ Michael K.T. Tan_                                             _s/ Victoria M. Braga_

| | |
|---|---|
| Michael K.T. Tan | Victoria M. Braga |
| AMERICAN CIVIL LIBERTIES UNION | U.S. DEPARTMENT OF JUSTICE |
| FOUNDATION, IMMIGRANTS' RIGHTS PROJECT | Office of Immigration Litigation |
| 125 Broad Street, 18th Floor | P.O. Box 868, Ben Franklin Station |
| New York, NY 10004 | Washington, DC 20044 |
| (347) 714-0740 | (202) 616-5573 |
| | |
| Counsel for Plaintiffs | Counsel for Defendants |

## **CERTIFICATE OF SERVICE**

I certify that, on September 28, 2019, I electronically filed the foregoing Joint Stipulation to Evidentiary Hearing Date using the CM/ECF system.  All CM/ECF registrants with appearances entered in this case will be notified of the filing through the CM/ECF system.


Date: September 28, 2019

s/ *Victoria M. Braga*
Victoria M. Braga
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-5573

Counsel for Defendants