UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*,<br>　　　　　　　　*Plaintiffs*,<br><br>　　　　　v.<br><br>Chad WOLF,[1] Acting Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>　　　　　　　　*Defendants* | Civil Action No. 1:18-cv-00578 |

## **JOINT STATUS REPORT**

The parties respectfully submit this joint status report pursuant to the Court's minute order of January 23, 2020.

### I. **Defendants' Update Regarding the Administrative Record**

Since the parties submitted their joint status report on December 20, 2019, Immigration and Customs Enforcement (ICE) has recently completed its collection of emails from the Field Office Directors (FODs), Deputy Field Office Directors (DFODs), and Assistant Field Office Directors (AFODs) from the five Field Offices for the period from January 2017 through July 2018. That collection consists of approximately 4,973,847 documents. Defendants intend to develop search terms to apply to these documents and then use technology-assisted review on the documents that hit on search terms plus their families to determine which, if any, of these documents should be supplemented to the administrative record in this case. Defendants will then need to review those responsive documents for claims of privilege. Based on the volume of information requiring review, Defendants expect that this review process can take at least six months, subject

---

[1] Acting Secretary Wolf is automatically substituted for former Acting Secretary McAleenan pursuant to Federal Rule of Civil Procedure 25(d).

to further revision given the volume of documents.

## II. The Parties' Proposals for the Summary-Judgment Briefing Schedule

In light of the anticipated timeline for review of the FODs', DFODs', and AFODs' emails, the parties propose that the Court continue to hold the summary judgment briefing schedule in abeyance until July 31, 2020, subject to potential revision depending on the pace of the review process. By that date, Defendants expect to have completed their review of the custodians' emails and supplemented the administrative record, if necessary. Subject to the above, and based on a supplementation date of July 31, 2020, the parties propose that the parties withdraw their pending motions for summary judgment, and that the Court enter the following new briefing schedule, which would give Plaintiffs sufficient time to review any supplementation of the record:

- September 29, 2020: Plaintiffs' motion for summary judgment due;
- October 27, 2020: Defendants' cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment due;
- November 24, 2020: Plaintiffs' reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment due; and
- December 15, 2020: Defendants' reply in support of their motion for summary judgment due.

//

//

| | |
|---|---|
| Dated: January 28, 2020 | Respectfully submitted, |
| JOSEPH H. HUNT<br>Assistant Attorney General | Dennis B. Auerbach (D.C. Bar No. 418982)<br>Andrew E. Siegel (D.C. Bar No. 1029365)<br>Julia H. Brower (D.C. Bar No. 1048925) |
| WILLIAM C. PEACHEY<br>Director | Covington & Burling LLP<br>One CityCenter<br>850 Tenth St., N.W. |
| KATHLEEN A. CONNOLLY<br>Senior Litigation Counsel | Washington, D.C. 20001–4956<br>(202) 662-6000 |
| */s/ Alexander J. Halaska*<br>ALEXANDER J. HALASKA<br>VICTORIA M. BRAGA<br>Trial Attorneys<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 307-8704 \| Fax: (202) 305-7000<br>alexander.j.halaska@usdoj.gov | */s/ Michael K.T. Tan*<br>Michael K.T. Tan<br>Judy Rabinovitz<br>American Civil Liberties Union<br>Foundation, Immigrants' Rights Project<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2618 |
| *Attorneys for Defendants* | Stephen B. Kang<br>American Civil Liberties Union<br>Foundation, Immigrants' Rights Project<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 343-0783 |
| | *Attorneys for Plaintiffs*<br>*(additional counsel listed on other pleadings)* |

## **CERTIFICATE OF SERVICE**

*Damus v. Wolf*, No. 1:18-cv-00578-JEB (D.D.C.)

I certify that on January 28, 2020, I served a copy of the foregoing document on the Court and all parties of record by causing this document and its attachments to be filed with the Clerk of the Court through the CM/ECF system, which will provide electronic notice of this document to all attorneys of record, and by emailing this document and its attachments to the email addresses provided by all attorneys of record.

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

*Attorney for Defendants*