**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ANSLEY DAMUS,** *et al.*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **CHAD WOLF, Acting Secretary of the Department of Homeland Security,** *et al.*, <br><br> **Defendants.** | **Civil Action No. 18-578 (JEB)** |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.  Plaintiffs' Motion for Contempt is DENIED IN PART;

2.  The Government, however, shall implement the following measures:

3.  An ICE attorney will train LAFO Enforcement and Removal Operations Officers on the 2009 Parole Directive with a focus on proper procedures related to serving advisals, conducting parole interviews, and making parole recommendations;

4.  An ICE Headquarters Field Operations-designated staff member and ICE attorney will train Assistant Field Office Directors with a focus on the management and approval of parole decisions;

5.  An LAFO ERO officer and an ICE attorney will train ERO officers newly assigned to conduct parole determinations, as well as conduct periodic Parole Directive training;

2

6. Plaintiffs may assign an attorney to review the LAFO's training procedures (or be present at some trainings) insofar as this review does not unduly intrude into ICE's operations;

7. On a monthly basis, the Officer in Charge of the Adelanto detention facility will review 10% of the total number of parole determinations (but no more than 20 cases a month); and

8. In rendering their decisions, LAFO officials must provide a few-sentence explanation of their parole determinations.


IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: February 7, 2020