IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly Damus, et al., on behalf of themselves And others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>Kirstjen NIELSEN, Secretary of the Department of Homeland Security, in her official capacity, *et al.*,<br><br>    *Defendants*. | Case No: 1:18-cv-00578-JEB |

## **MOTION FOR LEAVE TO INTERVENE AND TO UNSEAL JUDICIAL DOCUMENTS**

Non-party press organization The Center for Investigative Reporting, Inc. d/b/a Reveal from The Center for Investigative Reporting ("CIR"), by and through undersigned counsel, respectfully submits this motion and accompanying memorandum of points and authorities, Declaration of D. Victoria Baranetsky, and proposed order, seeking leave to intervene under Rule 24 of the Federal Rules of Civil Procedure, for the limited purpose of requesting the unsealing of certain documents on the docket of the above-captioned case. As set forth more fully in the memorandum of points and authorities, CIR seeks the unsealing of Defendants' monthly productions of parole determinations (*see* Dkt. Nos. 40, 44, 47, 53, 56, 61, 65, 66, 72, 74, 75, 79, 80, 92, 94, 97, 100, 106, 111, 119, 123, 124, 125, 129, 130, 131, 132, 133, 136, 138) and any such future productions, to inform the current public debate over the Department of Homeland Security's application of parole procedures to asylum seekers, and also to serve the deep-seated American principle of open access to courts. Additionally, because CIR consents to necessary redactions to the sealed documents to protect the asylum-seekers' personal privacy—including

names and A-numbers—there exist no countervailing interests to justify continued sealing of these documents.

In compliance with Local Civil Rule 7(m), counsel for CIR conferred in good faith with counsel for Plaintiffs and Defendants prior to filing this motion. Plaintiffs do not oppose the motion, subject to the aforementioned redactions. Defendants' counsel declined to unseal the parole determinations without a court order and represented that they would evaluate the unsealing motion when filed and respond accordingly.

For the foregoing reasons, CIR respectfully requests that the Court grant its motion; permit CIR to intervene in the above-captioned case for the limited purpose of challenging restrictions on the public's right of access in this matter; and place on the public record Defendants' monthly productions of parole determinations.

Pursuant to Local Civil Rule 7(f), CIR also respectfully requests an oral hearing on this motion.

Date: August 20, 2020

/s/ *Chelsea T. Kelly*
Chelsea T. Kelly (DC Bar No. 1045673)
Davis Wright Tremaine LLP
1301 K Street NW
Suite 500 East
Washington, D.C. 20005
Phone:  (703) 850-6317
Fax:  (202) 973-4450
Email:  chelseakelly@dwt.com

*Counsel for Third-Party Intervenor The Center for Investigative Reporting*

Victoria Baranetsky (*pro hac vice* pending)
General Counsel
The Center for Investigative Reporting

1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: 510-982-2890, Ext. 390
Email: vbaranetsky@revealnews.org

*Lead Counsel for Third-Party Intervenor*
*The Center for Investigative Reporting*

## **CERTIFICATE OF SERVICE**

I certify that on August 20, 2020, I served a copy of the foregoing document on the Court and all parties of record by causing this document and its attachments to be filed with the clerk of the Court through the CM/ECF system, which will provide electronic notice of this document to all attorneys of record.

Date: August 20, 2020

/s/ *Chelsea T. Kelly*
Chelsea T. Kelly (DC Bar No. 1045673)
Davis Wright Tremaine LLP
1301 K Street NW
Suite 500 East
Washington, D.C. 20005
Phone:  (703) 850-6317
Fax:  (202) 973-4450
Email:  chelseakelly@dwt.com

*Counsel for Third Party Intervenor The Center for Investigative Reporting*