UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*,<br>       *Plaintiffs*,<br><br>     v.<br><br>Chad WOLF, Acting Secretary of Homeland Security, in his official capacity, *et al.*,<br>       *Defendants*. | Civil Action No. 1:18-cv-00578 |

## DEFENDANTS' RESPONSE TO PROPOSED INTERVENOR'S MOTION FOR LEAVE TO INTERVENE AND UNSEAL JUDICIAL RECORDS

Defendants hereby respond to proposed intervenor The Center for Investigative Reporting, Inc.'s (CIR) Motion for Leave to Intervene and Unseal Judicial Records (ECF No. 144). Defendants take no position on CIR's requests to intervene and to unseal redacted versions of the monthly status reports filed in response to this Court's order granting a preliminary injunction.

Should this Court grant CIR's request to unseal, Defendants respectfully request that this Court permit Defendants to redact class members' personally identifiable information, specifically, their names and alien numbers (A numbers), prior to unsealing. Defendants also request that this Court unseal only the most recent status report that has been filed on the docket at the time of the Court's order. The status reports are cumulative, meaning that each report includes all class members identified to date. Therefore, unsealing the most recent report should provide CIR with complete relief while balancing the burden on Defendants to redact all prior reports.

//

| | |
|---|---|
| DATED: September 24, 2020 | Respectfully submitted, |

                                                          JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation –
District Court Section

KATHLEEN A. CONNOLLY
Senior Litigation Counsel

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
VICTORIA M. BRAGA
Trial Attorneys
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000
alexander.j.halaska@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

*Damus v. Wolf*, No. 1:18-cv-00578-JEB (D.D.C.)

I certify that on September 24, 2020, I served a copy of the foregoing document on all parties of record by causing this document to be filed with the Clerk of the Court through the CM/ECF system, which will provide electronic notice of this document to all attorneys of record.

DATED: September 24, 2020         */s/ Alexander J. Halaska*
                                  ALEXANDER J. HALASKA
                                  Trial Attorney
                                  United States Department of Justice