UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ansly DAMUS, *et al.*,<br><br>                     *Plaintiffs*,<br><br>           v.<br><br>Alejandro MAYORKAS,[1] Secretary of Homeland Security, in his official capacity, *et al.*,<br><br>                     *Defendants*. | Civil Action No. 1:18-cv-00578 |

## DEFENDANTS' STATUS REPORT FOR JULY 2022

Pursuant to this Court's minute orders of July 24, 2018, and August 28, 2018, and this Court's Order Partially Denying Plaintiffs' Motion for Contempt (ECF No. 127), attached are the lists of individuals identified by U.S. Immigration and Customs Enforcement's (ICE) Detroit, El Paso, Los Angeles, Newark, and Philadelphia Field Offices as known, potential, or former provisional class members in this action through mid-July 2022, and the Los Angeles Field Office's quality-assurance certification for July 2022. *See* Ex. 1, Decl. of Joseph B. Salvatera ¶ 4 (July 18, 2022); Ex. 2, Detroit Provisional Class List (July 2022); Ex. 3, Decl. of Sandra Marinelarena ¶ 4 (July 19, 2022); Ex. 4, El Paso Provisional Class List (July 2022); Ex. 5, Decl. of David Gomez ¶ 4 (July 18, 2022); Ex. 6, Los Angeles Provisional Class List (July 2022); Ex. 7, Quality Assurance Review Certification of Gabriel Valdez (July 19, 2022); Ex. 8, Decl. of Kathy Perez ¶ 4 (July 20, 2022); Ex. 9, Newark Provisional Class List (July 2022); Ex. 10, Decl. of Christopher M. Brown ¶ 4 (July 19, 2022); Ex. 11, Philadelphia Provisional Class List (July 2022). Each list includes each provisional class member's alien number (A number); last and first name; the area of

---

[1] Secretary Mayorkas is automatically substituted for former Acting Secretary Pekoske pursuant to Federal Rule of Civil Procedure 25(d).

responsibility (AOR) where the noncitizen is detained; the detention center where the noncitizen is detained; the date the noncitizen entered ICE's custody; the date the noncitizen received a credible fear decision; the date the noncitizen was served with a Parole Advisal/Scheduling Notification; the date a parole interview was conducted; the date a parole determination was made; the reason why the noncitizen was denied parole, if applicable; the conditions of the noncitizen's parole, if applicable; the date the noncitizen posted bond, if applicable; the date the noncitizen left the AOR's custody; and the reason the noncitizen left the AOR's custody. *See* Ex. 1, Salvatera Decl. ¶ 3; Ex. 3, Marinelarena Decl. ¶ 3; Ex. 5, Gomez Decl. ¶ 3; Ex. 8, Perez Decl. ¶ 3; Ex. 10, Brown Decl. ¶ 3.

The five Field Offices together have identified 6,411 provisional class members as of mid-July 2022, 6,336 of whom have received a parole determination (98.83%). Exactly 3,558 of those 6,336 parole determinations were identified as grants of parole (56.16%), 2,670 were identified as denials of parole based on flight risk (42.14%), 107 were identified as denials based on danger to the community (1.69%), and one (1) was identified as a denial of parole based on danger and flight risk. *See generally* Exs. 2, 4, 6, 9, 11.

ICE's Detroit Field Office has identified 66 provisional class members as of July 17, 2022, 54 of whom have received a parole determination (81.82%). *See* Ex. 1, Salvatera Decl. ¶¶ 3–4; Ex. 2, Detroit Provisional Class List, at 1. Exactly 16 of those 54 parole determinations were identified as grants of parole (29.63%), 36 were identified as denials of parole based on flight risk (66.67%), and two (2) were identified as a denial of parole based on danger (3.70%). *See id.*

ICE's El Paso Field Office has identified 3,438 provisional class members as of July 17, 2022, 3,401 of whom have received a parole determination (98.92%). *See* Ex. 3, Marinelarena Decl. ¶¶ 3–4; Ex. 4, El Paso Provisional Class List, at 1–27. Exactly 2,744 of those 3,401 parole

determinations were identified as grants of parole (80.68%), 609 were identified as denials of parole based on flight risk (17.91%), and 48 were identified as denials of parole based on danger (1.41%). *See id.*

ICE's Los Angeles Field Office has identified 2,030 provisional class members as of July 18, 2022, 2,010 of whom have received a parole determination (99.01%). *See* Ex. 5, Gomez Decl. ¶¶ 3–5; Ex. 6, Los Angeles Provisional Class List, at 1–19. Exactly 334 of those 2,010 parole determinations were identified as grants of parole (16.62%), 1,628 were identified as denials of parole based on flight risk (81.00%), and 48 were identified as denials of parole based on danger (2.39%). *See id.* As the Los Angeles Field Office did not complete any parole determinations during this reporting period (June 18, 2022 to July 17, 2022), the Officer in Charge of the Adelanto ICE Processing Center did not review any parole determinations for quality assurance during this reporting period. *See* Ex. 7, Valdez Certification ¶ 4.

ICE's Newark Field Office has identified 625 provisional class members as of July 17, 2022, 625 of whom have received a parole determination (100%). *See* Ex. 8, Perez Decl. ¶¶ 3–4; Ex. 9, Newark Provisional Class List, at 1–6. Exactly 364 of those 625 parole determinations were identified as grants of parole (58.24%), 259 were identified as denials of parole based on flight risk (41.44%), and two (2) were identified as a denial of parole based on danger (0.32%). *See id.*

ICE's Philadelphia Field Office has identified 252 provisional class members as of July 19, 2022, 246 of whom have received a parole determination (97.62%). *See* Ex. 10, Brown Decl. ¶¶ 3–4; Ex. 11, Philadelphia Provisional Class List, at 1–2. Exactly 100 of those 246 parole determinations were identified as grants of parole (40.65%), 138 were identified as denials of parole based on flight risk (56.10%), seven (7) were identified as denials of parole based on danger

(2.85%), and one (1) was identified as a denial of parole based on danger and flight risk (0.41%). *See id.*

Federal law prohibits public disclosure of personal identifying information contained in these lists. *See, e.g.*, 8 C.F.R. §§ 208.6(a), (b). Defendants will provide Plaintiffs' counsel with unredacted versions of the provisional class lists pursuant to the Protective Order after this document has been filed. *See* ECF No. 36 at 3; ECF No. 39.

DATED: July 25, 2022                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division

                                        WILLIAM C. PEACHEY
                                        Director, Office of Immigration Litigation – District Court Section

                                        KATHLEEN A. CONNOLLY
                                        Acting Director, Office of Immigration Litigation – Enforcement Section

                                        */s/ Victoria. M. Braga*
                                        VICTORIA M. BRAGA
                                        ALEXANDER J. HALASKA
                                        Trial Attorneys
                                        U.S. Department of Justice
                                        Civil Division
                                        Office of Immigration Litigation
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Tel: (202) 307-8704 | Fax: (202) 305-7000
                                        alexander.j.halaska@usdoj.gov

                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

*Damus v. Mayorkas*, No. 1:18-cv-00578-JEB (D.D.C.)

I certify that on July 25, 2022, I served a copy of the foregoing document on all parties by causing this document and its attachments to be filed with the Clerk of the Court through the CM/ECF system, which will provide electronic notice of this document to all attorneys of record.

*/s/ Victoria M. Braga*
VICTORIA M. BRAGA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-8704 | Fax: (202) 305-7000

*Counsel for Defendants*