## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ansly DAMUS, *et al.*,

               *Plaintiffs*,

         v.

Kristi NOEM, Secretary of Homeland Security, in her official capacity, *et al.*,

               *Defendants*.

Civil Action No. 1:18-cv-00578

### DEFENDANTS' STATUS REPORT FOR SEPTEMBER 2025

Pursuant to this Court's minute orders of July 24, 2018, and August 28, 2018, and this Court's Order Partially Denying Plaintiffs' Motion for Contempt (ECF No. 127), attached are the lists of individuals identified by U.S. Immigration and Customs Enforcement's (ICE) Detroit, El Paso, Los Angeles, Newark, and Philadelphia Field Offices as known, potential, or former provisional class members in this action through mid-September 2025, and the Los Angeles Field Office's quality-assurance review certification for September 2025. *See* Ex. 1, Decl. of Joseph B. Salvatera ¶ 4 (September 18, 2025); Ex. 2, Detroit Provisional Class List (September 2025); Ex. 3, Decl. of Maria Erica Estrada ¶ 4 (September 16, 2025); Ex. 4, El Paso Provisional Class List (September 2025); Ex. 5, Decl. of Ryan Smith ¶ 4 (September 18, 2025); Ex. 6, Los Angeles Provisional Class List (September 2025); Ex. 7, Quality Assurance Review Certification of Rosa Quevedo (September 18, 2025); Ex. 8, Decl. of Ruben Perez Jr. ¶ 2 (September 18, 2025); Ex. 9, Newark Provisional Class List (September 2025); Ex. 10, Decl. of Anica Vankos ¶ 4 (September 19, 2025); Ex. 11, Philadelphia Provisional Class List (September 2025).  Each list includes each provisional class member's alien number (A number); last and first name; the area of responsibility (AOR) where the noncitizen is detained; the detention center where the noncitizen is detained; the

date the noncitizen entered ICE's custody; the date the noncitizen received a credible fear decision;

the date the noncitizen was served with a Parole Advisal/Scheduling Notification; the date a parole

interview was conducted; the date a parole determination was made; the reason why the noncitizen

was denied parole, if applicable; the conditions of the noncitizen's parole, if applicable; the date

the noncitizen posted bond, if applicable; the date the noncitizen left the AOR's custody; and the

reason the noncitizen left the AOR's custody. *See* Ex. 1, Salvatera Decl. ¶ 3; Ex. 3, Estrada Decl.

¶ 3; Ex. 5, Smith Decl. ¶ 3; Ex. 8, Perez Decl.; Ex. 10, Vankos Decl. ¶ 3.

The five Field Offices together have identified 8,360 provisional class members as of mid-

September 2025, 8,290 of whom have received parole determinations (99.16%). Exactly 5,043 of

those 8,290 parole determinations were identified as grants of parole (60.83%), 3,033 were

identified as denials of parole based on flight risk (36.59%), and 214 were identified as denials of

parole based on danger to the community (2.58%). *See generally* Exs. 2, 4, 6, 9, 11.

ICE's Detroit Field Office has identified 127 provisional class members as of September

17, 2025, 116 of whom have received parole determinations (91.34%). *See* Ex. 1, Salvatera Decl.

¶¶ 3–4; Ex. 2, Detroit Provisional Class List, at 1-2. Exactly 51 of those 116 parole determinations

were identified as grants of parole (43.97%), 52 were identified as denials of parole based on flight

risk (44.83%), and 13 were identified as denials of parole based on danger (11.21%). *See id.*

ICE's El Paso Field Office has identified 4,842 provisional class members as of September

16, 2025, 4,809 of whom have received parole determinations (99.32%). *See* Ex. 3, Estrada Decl.

¶¶ 3–5; Ex. 4, El Paso Provisional Class List, at 1-34. Exactly 3,836 of those 4,809 parole

determinations were identified as grants of parole (79.77%), 841 were identified as denials of

parole based on flight risk (17.49%), and 132 were identified as denials of parole based on danger

(2.74%). *See id.*

ICE's Los Angeles Field Office has identified 2,105 provisional class members as of September 18, 2025, 2,085 of whom have received parole determinations (99.05%). *See* Ex. 5, Smith Decl. ¶¶ 3–5; Ex. 6, Los Angeles Provisional Class List, at 1-20. Exactly 357 of those 2,085 parole determinations were identified as grants of parole (17.12%), 1,677 were identified as denials of parole based on flight risk (80.43%), and 51 were identified as denials of parole based on danger (2.45%). *See id.* Because the Los Angeles Field Office did not conduct any parole determinations during the reporting period, the Assistant Field Office Director of the Los Angeles Field Office did not review any parole determinations for quality assurance during this reporting period. *See* Ex. 7, Quevedo Certification ¶ 3.

ICE's Newark Field Office has identified 1,012 provisional class members as of September 17, 2025, 1,012 of whom have received parole determinations (100%). *See* Ex. 8, Perez Decl. ¶¶ 3–4; Ex. 9, Newark Provisional Class List, at 1-9. Exactly 684 of those 1,012 parole determinations were identified as grants of parole (67.59%), 321 were identified as denials of parole based on flight risk (31.72%), and seven (7) were identified as a denial of parole based on danger (0.69%).  *See id.*

ICE's Philadelphia Field Office has identified 274 provisional class members as of September 19, 2025, 268 of whom have received parole determinations (97.81%). *See* Ex. 10, Vankos Decl. ¶¶ 3–4; Ex. 11, Philadelphia Provisional Class List, at 1-3. Exactly 115 of those 268 parole determinations were identified as grants of parole (42.91%), 142 were identified as denials of parole based on flight risk (52.99%), and 11 were identified as denials of parole based on danger (4.10%). *See id.*

Federal law prohibits public disclosure of personal identifying information contained in these lists. *See, e.g.,* 8 C.F.R. § 208.6(a), (b). Defendants will provide Plaintiffs' counsel with

unredacted versions of the provisional class lists and with the Cortez Certification pursuant to the Protective Order after this document has been filed. *See* ECF No. 36 at 3; ECF No. 39.

DATED: September 24, 2025    Respectfully submitted,

          BRETT A. SHUMATE
          Assistant Attorney General
          Civil Division

          ANTHONY P. NICASTRO
          Acting Director
          Office of Immigration Litigation
          General Litigation & Appeals Section

          ETHAN B. KANTER
          Chief
          National Security Unit
          Office of Immigration Litigation
          General Litigation & Appeals Section

          */s/ Victoria M. Santora*
          VICTORIA M. SANTORA
          Counsel for National Security
          United States Department of Justice
          Civil Division
          Office of Immigration Litigation
          General Litigation & Appeals Section
          National Security Unit
          P.O. Box 878, Ben Franklin Station
          Washington, D.C. 20044
          Tel: (202) 616-5573 | Fax: (202) 305-7000
          Victoria.M.Santora@usdoj.gov

          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

*Damus v. Noem*, No. 1:18-cv-00578-JEB (D.D.C.)

I certify that on September 24, 2025, I served a copy of the foregoing document on all parties by causing this document and its attachments to be filed with the Clerk of the Court through the CM/ECF system, which will provide electronic notice of this document to all attorneys of record.

<div style="margin-left: 45%;">

*/s/ Victoria M. Santora*
VICTORIA M. SANTORA
Counsel for National Security
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section
National Security Unit
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-5573 | Fax: (202) 305-7000
Victoria.M.Santora@usdoj.gov

*Counsel for Defendants*

</div>

5